**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Juniper Specialty Products LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  RD Juniper LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2879483** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **120 N. Munger Street** **Pasadena, TX 77506** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris** County | **Location of principal assets, if different from principal place of business** **910 Interstate 10 W Westlake, LA 70669** Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   **http://www.juniperwax.com (not working)**

6. **Type of debtor**

☐ (filled) Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Juniper Specialty Products LLC**                                                 Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
         **3251**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------------|------|---------------|-------------|---------------|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ☐ No

    ■ Yes.

| Debtor | **SGCE LLC** | Relationship | **Affiliate** |
|--------|--------------|--------------|---------------|
| District | **Southern District of Texas** | When **6/12/20** | Case number, if known _____ |

| Debtor | **Juniper Specialty Products LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☐ No
- ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

- ☑ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☑ Other   **Preservation work to maintain plants assets.**

**Where is the property?**
**910 Interstate 10 W**
**Westlake, LA, 70669-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☑ Yes. Insurance agency   **US Risk Insurance Group, LLC.**

    Contact name   **Stephen R. Whalley (broker)**

    Phone   **713.358.5744**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☑ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Juniper Specialty Products LLC**                                    Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2020**
               MM / DD / YYYY

X *John D. Baumgartner*                        **John Baumgartner**
Signature of authorized representative of debtor    Printed name

Title   **CRO**

**18. Signature of attorney**

X  **/s/ Brian A. Kilmer**                        Date   **June 19, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Brian A. Kilmer**
Printed name

**Kilmer Crosby & Quadros PLLC**
Firm name

**712 Main St.**
**Ste. 1100**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone   **713-300-9662**     Email address   **bkilmer@kcq-lawfirm.com**

**24012963 TX**
Bar number and State

## JUNIPER SPECIALTY PRODUCTS LLC
*Written Consent of the Board of Managers*

June 17, 2020

The undersigned, being all of the members of the Board of Managers (the "Board") of Juniper Specialty Products LLC, a Delaware limited liability company (the "Company"), by the execution of this written consent (this "Consent"), hereby approve, consent to and adopt the following resolutions and actions therein authorized as the act of the Board by written consent, effective as of the date first set forth above, such approval, consent, and adoption to have the same force and effect as if a meeting of the Board had been duly called and held:

**WHEREAS,** the Board of has concluded that the Company is insolvent and unable to pay debts as they mature;

**WHEREAS,** following many discussions with its advisors and based on the advice of its advisors, the Company believes it would be in the best interests of the Company's creditors and other stakeholders of the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the Southern District of Texas;

**WHEREAS,** it would be in the best interests of creditors for the Company to retain the law firm of Kilmer Crosby & Quadros PLLC to file a voluntary petition under Chapter 11 of the Bankruptcy Code for the Company; it is:

**NOW, THEREFORE, BE IT RESOLVED,** that the Company shall file a bankruptcy petition as soon as practicable in accordance with Chapter 11 of the Bankruptcy Code;

**RESOLVED,** the Board has determined Kilmer Crosby & Quadros PLLC shall be employed as bankruptcy counsel for the Company to file the voluntary petition under Chapter 11 of the Bankruptcy Code;

**RESOLVED,** that the Chief Restructuring Officer, John D. Baumgartner, be, and hereby is, authorized and directed to execute or have someone else at the company execute and file all petitions, schedules, lists, and other papers, and to take all such further actions, as he necessary, desirable, advisable or appropriate to effectuate or carry out the purposes of any and all of the foregoing resolutions and the transaction[s] contemplated thereby; and that the taking of each such action, the execution and delivery of each such document or instrument shall be conclusive evidence of its necessity or advisability;

1

**RESOLVED**, the Secretary and any Assistant Secretary of the Company be, and each of them hereby is, authorized in the name and on behalf of the Company to certify the passage of the foregoing resolutions.

**FURTHER RESOLVED**, that this Consent may be executed in any number of counterparts by means of an original, facsimile, or portable document format (PDF) signature, each of which shall be deemed an original document and all of which together shall constitute one and the same document.

**IN WITNESS WHEREOF**, the undersigned have executed this Resolution effective as of June 11, 2020.

*[Signature page follows]*

        **IN WITNESS THEREOF**, the undersigned have executed this Written Consent on the
date first written above.

**<u>MANAGERS</u>**:

DocuSigned by:

*Zalmie Jacobs*

E259DBE373B347F...

Zalmie Jacobs


_____

Glen Gordon


_____

Tom Mara


_____

Max Slivka

**IN WITNESS THEREOF**, the undersigned have executed this Written Consent on the date first written above.

**MANAGERS**:

_____
Zalmie Jacobs

_____
Glen Gordon

_____
Tom Mara

_____
Max Slivka

3

**IN WITNESS THEREOF**, the undersigned have executed this Written Consent on the date first written above.

**<u>MANAGERS</u>**:

_____
Zalmie Jacobs

_____
Glen Gordon

_____
Tom Mara

_____
Max Slivka

**IN WITNESS THEREOF**, the undersigned have executed this Written Consent on the date first written above.

**MANAGERS**:

_____
Zalmie Jacobs


_____
Glen Gordon


_____
Tom Mara

*Max Slivka*
_____
Max Slivka

3

# United States Bankruptcy Court
## Southern District of Texas

In re    **Juniper Specialty Products LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Juniper Specialty Products LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SGCE LLC
120 N. Munger St
Pasadena, TX 77506**

**YGTL Juniper LLC
c/o York Capital Management
767 Fifth Ave., 17th Floor
New York, NY 10153**

☐ None [*Check if applicable*]

**June 19, 2020**

Date

**/s/ Brian A. Kilmer**

**Brian A. Kilmer**

Signature of Attorney or Litigant

Counsel for    **Juniper Specialty Products LLC**

**Kilmer Crosby & Quadros PLLC**

**712 Main St.
Ste. 1100
Houston, TX 77002
713-300-9662
bkilmer@kcq-lawfirm.com**

# United States Bankruptcy Court
## Southern District of Texas

In re   __Juniper Specialty Products LLC__

Debtor(s)

Case No. _____

Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GTL Management LLC**<br>**c/o York Capital Management**<br>**767 Fifth Ave., 17th Floor**<br>**New York, NY 10153** | | **0** | **Profit Interest** |
| **SGCE LLC**<br>**120 N. Munger St**<br>**Pasadena, TX 77506** | | **10%** | |
| **YGTL Juniper LLC**<br>**c/o York Capital Management**<br>**767 Fifth Ave., 17th Floor**<br>**New York, NY 10153** | | **90%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CRO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __June 19, 2020__

Signature   *John D. Baumgartner*
__John Baumgartner__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Fill in this information to identify the case:

Debtor name  **Juniper Specialty Products LLC**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ReCon Management Services, Inc. Ruth Street Sulphur, LA 70663 | Roger Boyette 337-583-1213 rboyette@recon-group.com | Purchase Orders | | | | $1,319,399.19 |
| Euro Support Manufacturing Czechia. s.r. Zaluzi 1 43670 Litvinov Czech Republic 43670 | Peter Blom 31-(0)33-4650465 peter.blom@eurosupport.com | Trade Debt | | | | $643,524.70 |
| Entergy Services PO Box 8103 Baton Rouge, LA 70891 | 1-800-368-3749 Entergy.com | Trade Debt | | | | $320,087.40 |
| Eaton Corporation Cherrington Pkwy Moon Township, PA 15108 | Ashley Peternel 412-893-3527 AshleyNPeternel@Eaton.com | Trade Debt | | | | $290,248.14 |
| Jacobs Engineering Group Inc. Bryan Street,Ste. 1200 Dallas, TX 75201 | Eden Williams 832-351-7532 Eden.Williams@worley.com | Trade Debt | | | | $278,072.00 |

| Debtor | Juniper Specialty Products LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Yokogawa Corporation of American 2 Dart Rd Newnan, GA 30265 | Rita Knight 800-888-6400 Ext. 2545 Rita.Knight@us.yokogawa.com | Trade Debt | | | | $266,939.61 |
| Hunter Buildings & Manufacturing LP 14935 Jacinto Port Blvd Houston, TX 77015 | Cynthia Fife 281-247-7783 CFife@hunterbuildings.com | Trade Debt | | | | $170,064.50 |
| Testengeer, Inc. P.O. Box 557 Port Lavaca, TX 77979 | John Hoffman 361-920-7622 johnh@testengeer.com | Trade Debt | | | | $161,324.10 |
| Petroplan USA LLC 3151 Briarpark Dr. #1250 Houston, TX 77042 | Vishal Panchal 44-1756-699370 V.Panchal@petroplan.com | Trade Debt | Contingent Unliquidated Disputed | | | $150,493.75 |
| Setpoint Integrated Solutions, Inc. 19011 Highland Rd Baton Rouge, LA 70809 | Laine Hurst 225-612-3723 LHurst@setpointis.com | Trade Debt | | | | $127,526.58 |
| Flow-Tech Industries, Inc. 8700 Jameel, Ste. 100 Houston, TX 77041 | Kaymichael Johnston 713-302-5356 kaymichaekj@flow-tech.com | Trade Debt | | | | $116,950.81 |
| Oracle America Inc Oracle Parkway Redwood City, CA 94065 | Puja Shaw 91-8041-089375 Puja Shaw <puja.shaw@oracle.com> | Trade Debt | | | | $113,145.26 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Juniper Specialty Products LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airswift 3050 Post Oak Blvd., Ste. 1450 Houston, TX 77056 | China Harper 713-358-3409 china.harper@airswift.com | Trade Debt | Disputed | | | $93,981.09 |
| Delta Process Equipment P.O. Box 1697 Houston, TX 77251 | Maremma Lester 713-996-3429 Maremma.Lester@DXPE.com | Trade Debt | | | | $93,267.27 |
| White & Case LLP 1200 Smith Street, Ste. 2300 Houston, TX 77002-4403 | Kara Morgan 713-496-9660 kara.morgan@whitecase.com | Attorney Fees | | | | $92,267.21 |
| Stolthaven New Orleans, LLC 15635 Jacintoport Blvd. Houston, TX 77015 | Brenda Wherry 281-860-5195 b.wherry@stolt.com | Purchase Orders | | | | $86,630.14 |
| American Arbitration Association Case Filing Services 1101 Laurel Oak Rd., Ste. 100 Voorhees, NJ 08043 | 972-702-8222 www.adr.org Case #01-19-0002-9082-2-SH | Professional Services | Contingent | | | $82,400.00 |
| Mourik, Inc Pansy Street Pasadena, TX 77503 | Melissia Barner 832-683-1873 mbarner@mourikinc.com | Trade Debt | | | | $79,552.00 |
| Praxair, Inc. 175 East Park Dr P.O. Box 710 Tonawanda, NY 14150 | Gibbs, Eldrick 281-889-9208 Eldrick_Gibbs@praxair.com | Trade Debt | | | | $64,625.32 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Juniper Specialty Products LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Prime Controls LP 1725 Lakepointe Dr. Lewisville, TX 75057 | Brittany Lyle 972-221-4849 Ext. 6408 b.lyle@prime-controls.com | Trade Debt | | | | $57,330.00 |
| Perficient, Inc. 555 Maryville University Dr Suite 600 Saint Louis, MO 63141 | Vincent Lucido 314-995-8855 Vincent.Lucido @perficient.com | Trade Debt | Disputed | | | $56,370.00 |
| Bandini Enterprises, Inc. 12301 Kurland Dr., 250 Houston, TX 77034 | David Bandini 713-579-0888 DABandini@bei-us.com | Trade Debt | | | | $55,247.15 |
| aeSolutions P.O. Box 26566 Greenville, SC 29616 | Ester Tepoz 864-373-6824 accounting@aesolns.com | Trade Debt | | | | $50,743.20 |
| MIT-Massachusetts Institute of Technology 77 Massachusetts Avenue 8-328 Cambridge, MA 02139 | Nicholas Gibson nagibson@mit.edu | Trade Debt | | | | $50,000.00 |
| Middough, Inc. 1901 East 13th Street Suite 400 Cleveland, OH 44114 | John Koerner 832-973-4165 koerneJE@middough.com | Trade Debt | | | | $47,540.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Juniper Specialty Products LLC**                                    Case number *(if known)*
_____                           _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John H. Carter Inc. 17630 Perkins Road Baton Rouge, LA 70810 | Tracey Anderson 22-754-0177 Tracey.anderson@johncarter.com | Trade Debt | | | | $45,547.76 |
| Vianney Vales dba Devaltec, LLC 1824 Heights Blvd Houston, TX 77008 | Vianney Vales vianney.vales@gmail.com | Trade Debt | | | | $44,790.00 |
| Accudata Systems, Inc. 10713 W. Sam Houston Pkwy N. Suite 600 Houston, TX 77064 | | Trade Debt | | | | $43,677.13 |
| Joint Venture Strategic Advisors, LP 5847 San Felipe Suite 2600 Houston, TX 77057 | | Trade Debt | | | | $43,562.00 |
| Safety Controls, Inc P.O. Box 61280 Lafayette, LA 70596 | | Trade Debt | | | | $41,420.60 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Juniper Specialty Products LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**June 19, 2020**__     X *John D. Baumgartner*
Signature of individual signing on behalf of debtor

**John Baumgartner**
Printed name

**CRO**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re    __Juniper Specialty Products LLC__ _____

                                         Debtor(s)

Case No. _____

Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CRO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 19, 2020__ _____

                                 *John D. Baumgartner* _____

                                 __John Baumgartner__/__CRO__
                                 Signer/Title