**Fill in this information to identify the case:**

Debtor name   **Juniper Specialty Products LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-33109**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  3, 2020**

X **/s/ John Baumgartner**
Signature of individual signing on behalf of debtor

**John Baumgartner**
Printed name

**CRO**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Juniper Specialty Products LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-33109**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................... $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $    **1,530,042.78**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $    **1,530,042.78**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **43,757,805.47**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **16,460,926.43**

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b      $    **60,218,731.90**

**Fill in this information to identify the case:**

Debtor name   **Juniper Specialty Products LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **20-33109**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **JP Morgan Chase** | **Checking** | 3734 | **$728,404.73** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$728,404.73** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.   **Entergy Services - Security Deposit for Utilities** | **$317,038.00** |
| --- | --- |
| 7.2.   **Saf-T-Box - Security Deposit for Storage Containers** | **$4,000.00** |
| 7.3.   **Arch Chemicals - Security Deposit on Lease Agreement** | **$5,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Juniper Specialty Products LLC**                     Case number (If known)   **20-33109**
       Name

| | | |
|---|---|---|
| 7.4. | **Wex Health - FSA Deposit** | **$2,500.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Insurance through Aon Insurance. Contact was Ricky Wong, 5555 San Felipe, Suite 1500   Houston, Texas 77056. Phone number is 832-476-6528.** | **Unknown** |
| 8.2. | **Property Insurance through AJ Gallagher. Broker was Stephen R. Whalley, address 1900 West Loop South, Suite 1600 Houston, TX, 77027. Phone number is 713.358.5744.** | **Unknown** |
| 8.3. | **Retainer with Porter Hedges** | **Unknown** |
| 8.4. | **Firmex for dataroom for the month of June 2020.** | **$1,140.96** |
| 8.5. | **Prepaid Engineering Services with Ford, Bacon & Davis** | **$281,375.55** |
| 8.6. | **June Rent on Lease at Munger Plant** | **$3,319.00** |
| 8.7. | **Retainer with Kilmer Crosby & Quadros PLLC** | **$175,981.00** |
| 8.8. | **Retainer with Ford, Bacon & Davis** | **Unknown** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| **$790,354.51** |
|---|

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **11,283.54** | - | **0.00** | =.... | **$11,283.54** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Juniper Specialty Products LLC**                         Case number *(If known)*  **20-33109**
          Name

12.  **Total of Part 3.**                                                                        | $11,283.54 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |
| 14.  **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                        % of ownership | | |

| | Name of entity | % of ownership | | |
| --- | --- | --- | --- | --- |
| 15.1. | **Juniper Specialty Trading LLC (a Delaware LLC**<br>**120 N. Munger St**<br>**Pasadena, TX  77506** | **100**  % | | **$0.00** |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

17.  **Total of Part 4.**                                                                        | $0.00 |
     Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials**<br>**Catalyst and chemicals being held at Maplewood Storage** | | Unknown | | Unknown |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Reactor Wax at Slay Depot**<br>**16643 Jacinto Road**<br>**Houston, TX 77015** | | $89,000.00 | | Unknown |
| | **Heat Transfer Fluid held at DGM Services, Inc.**<br>**1813 Greens Road**<br>**Houston, TX 77032** | | $385,000.00 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor   **Juniper Specialty Products LLC**                                    Case number *(If known)*  **20-33109**
Name

| Reactor Wax purchased from China B.T. held at Palmer Logistics | | **Unknown** | | **Unknown** |
|---|---|---|---|---|

23.  **Total of Part 5.**                                                                                              **$0.00**
Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____     Valuation method _____     Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Office Furniture (desks, chairs, misc items)** | **Unknown** | | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Onsite server, electronics, computer and other telecommunications equipment** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                                                              **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Juniper Specialty Products LLC** | Case number *(if known)* **20-33109** |
|---|---|---|
| | Name | |

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Partially constructed GTL facility along with other components expected to be used in conjunction with completion of construction activities (motors, valves, electrical components, etc.) and items to be used once plant is operational (chemicals, catalyst, etc.) along with others tools/equipment used for maintenance and operational purposes.** | Unknown | | Unknown |
| **Certain lab equipment in the laboratory at 120 N. Munger, Pasadena Texas, a facility leased by SGCE, was paid for by JSP.  The equipment paid for by JSP is primarily in the two analytical sections of the lab.** | Unknown | | Unknown |
| **Control System held by Yokogowa Corporation of America at 12530 W. Airport Blvd, Sugar Land, Texas 77478. Only partially paid for.** | Unknown | | Unknown |
| **Firewater Pumps held by Flow-Tech Industries at 335 W. Crossroads Pkwy Suite B Bolingbrook, IL 60440. Only partially paid for.** | Unknown | | Unknown |
| **Analyzers held by Technical Automation Services Company, Ltd. at 2000 NASA Rd 1, Seabrook, Texas 77586. Only partially paid for.** | Unknown | | Unknown |
| **Chemical Skids held by ChemTreat Inc. Only partially paid for.** | Unknown | | Unknown |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 

| Debtor | **Juniper Specialty Products LLC** | Case number *(If known)* **20-33109** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Breakers/MCC Electrical Components held by Eaton Corporation. Only partially paid for. | Unknown | Unknown |
| Hot Oil/Aux Boiler Panels held by Prime Controls. Only partially paid for. | Unknown | Unknown |
| Trip & throttle value for syngas compressor held by Elliot Company at 58035 Industrial Blvd, Plaquemine, Louisiana 70764 | Unknown | Unknown |
| Valves held by Quadex Valves Inc. | Unknown | Unknown |
| Pumps held by Delta Process Equipment/DXP Enterprises, Inc. | Unknown | Unknown |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Juniper Plant and Land**<br>**910 Interstate 10 W**<br>**Westlake, LA**<br>**parcel numbers:**<br>**01338234B,**<br>**01338234A &**<br>**01203916A** | **Plant and Land** | **$3,200,000.00** | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 6

Debtor   **Juniper Specialty Products LLC**                              Case number *(If known)*  **20-33109**
Name

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Trademarks to Juniper name and logo** | Unknown | | Unknown |
| 61.  **Internet domain names and websites**<br>**various domain names.** | Unknown | | Unknown |
| 62.  **Licenses, franchises, and royalties**<br>**UNITED STATES PATENT NO. 10,160,915.**<br>**Internal file no. GI-0032-US-WD01** | Unknown | | Unknown |
| **CANADIAN PATENT NO. 2,951,037.  Internal**<br>**file no. GI-0033-CA-W01.** | Unknown | | Unknown |
| **CANADIAN PATENT NO. 2,918,834. Internal file**<br>**no. GI-0038-CA-W01.** | Unknown | | Unknown |
| **Canadian Patent Application No. 2,987,543,**<br>**"Methods, Systems and Apparatuses for Use**<br>**of Carbon Dioxide in a Fischer-Tropsch**<br>**System," with inventors INGA, Juan Ricardo;**<br>**BONNELL, Leo, entering Canada as a National**<br>**Phase application of the international**<br>**application (above) on Nov. 14, 2017, pending.**<br>**Inte** | Unknown | | Unknown |
| **License to buy from SGCE and to use at the**<br>**plant an FT catalyst through the Second**<br>**Amended and Restated Catalyst Site License**<br>**Agreement, with subsequent amendments**<br>**with Emerging Fuels Technology, Inc.** | Unknown | | Unknown |
| **IP license, supply and services from SGCE**<br>**LLC under the XTLH SOLUTION LICENSE,**<br>**SUPPLY AND SERVICES AGREEMENT."** | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Juniper Specialty Products LLC**                    Case number *(If known)*  **20-33109**
         Name

| | | |
|---|---|---|
| **US Provisional Patent Application No. 62/005,102,  Internal file no. GI-0032-US-P01. Expired but used as a basis for International Patent Application No. PCT/US2015/033233.** | **Unknown** | **Unknown** |
| **International Patent Application No. PCT/US2015/033233, "METHODS, SYSTEMS, AND APPARATUSES FOR RECYCLING FISCHER-TROPSCH WATER AND FISCHER-TROPSCH TAIL GAS," Leo BONNELL, Miguel A.F. SANTOS, Scott GOLCZYNSKI, Bruce Allen LOGUE II, filed 2015-05-29, claiming priority to US provisional patent application (above). Entered National Phase in US and Canada as described below. Internal file no. GI-0032-WO-01.** | **Unknown** | **Unknown** |
| **UNITED STATES PATENT NO. 10,041,006. Internal file no. GI-0032-US-W01.** | **Unknown** | **Unknown** |
| **US Provisional Patent Application No. 62/008,301. Internal file no. GI-0033-US-P01. Expired but used as a basis for International Patent Application No. PCT/US2015/034216.** | **Unknown** | **Unknown** |
| **International Patent Application No. PCT/US2015/034216, "Methods, Systems, and Apparatuses to Improve Processes of Increasing Fischer-Tropsch Catalyst Activity," with inventors Gary Stephen FUTRAL and Govindarajan RAMAN, filed 2015-06-04, claiming priority to US provisional patent application (above). Internal file no. GI-0033-WO-01. Entered National Phase in US, Canada, Eurasia, Qatar, and Trinidad/Tobago, as described below.** | **Unknown** | **Unknown** |
| **US Provisional Patent Application No. 61/868,509. Internal file no. GI-0038-US-P01. Expired but used as a basis for International Patent Application No. PCT/US2014/52052.** | **Unknown** | **Unknown** |
| **UNITED STATES PATENT NO. 10,041,006. Internal file no. GI-0032-US-W01."** | **Unknown** | **Unknown** |
| **International Patent Application No. PCT/US2014/52052, entitled  "Methods, Systems and Apparatus for Low Temperature, Low Pressure, Fischer-Tropsch Wax Hydrogenation," with inventors HEMMINGS, John William; INGA, Juan Ricardo, filed as  2014-08-21 claiming priority to US provisional patent application (above). Entered National Phase in US, Canada and European Patent Office as described below. Internal file no. GI-0038-WO-01.** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Juniper Specialty Products LLC** | Case number *(If known)* | **20-33109** |
| | <sub>Name</sub> | | |

| | | | |
|---|---|---|---|
| US Patent Application Serial No. 14/904,122, "Methods, Systems and Apparatuses for Low Temperature, Low Pressure, Fischer-Tropsch Wax Hydrogenation," with inventors HEMMINGS, John William; INGA, Juan Ricardo, entering the US as a National Phase application of the international application (above) on Jan. 11, 2016, pending. Internal file no. GI-0038-US-W01. | **Unknown** | | **Unknown** |
| US Provisional Patent Application No. 62/168,743.  Expired but used as a basis for International Patent Application No. PCT/US2016/34924. Internal file no. GI-0039-US-P01. | **Unknown** | | **Unknown** |
| International Patent Application No. PCT/US2016/34924, entitled  "Methods, Systems and Apparatuses for Use of Carbon Dioxide in a Fischer-Tropsch System," with inventors BONNELL, Leo, and INGA, Juan Ricardo; filed as  2016-05-31 claiming priority to US provisional patent application (above). Entered National Phase in US, Canada and Mexico as described below. Internal file no. GI-0032-WO-01. | **Unknown** | | **Unknown** |
| US Patent Application Serial No. 15/577,520. Abandoned for failure to respond to an Office Action for lack of funds. Internal file no. GI-0039-US-W01. | **Unknown** | | **Unknown** |
| US Patent Application Serial No. 16/188,721, filed as divisional of USSN 16,026,477. Pending. Internal file no. GI-0032-US-WD02. | **$0.00** | | **$0.00** |
| CANADIAN PATENT NO. 2,950,288. Internal file no. GI-0032-CA-W01. | **$0.00** | | **$0.00** |
| EURASIAN PATENT NO. 34745.  Paid fees for Russia.  Internal file no. GI-0033-EA-W01. | **$0.00** | | **$0.00** |
| Qatar Patent Application No. QA/201612/00515 - abandoned through unpaid annuities. Internal file no. GI-0033-QA-W01. | **$0.00** | | **$0.00** |
| Trinidad/Tobago Patent Application No. TT/A/2016/00121 - abandoned through unpaid annuities. Internal file no. GI-0033-TT-W01. | **$0.00** | | **$0.00** |

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Juniper Specialty Products LLC** | Case number *(If known)* | **20-33109** |
|---|---|---|---|
| | Name | | |

65.     **Goodwill**

66.     **Total of Part 10.**                                                                                                      **$0.00**
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Right to repurchase former South African subsidary**<br>**Juniperberry Cosmetics (pty) Ltd.** | **Unknown** |

78.     **Total of Part 11.**                                                                                                      **$0.00**
        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Juniper Specialty Products LLC** | Case number *(if known)* | **20-33109** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $728,404.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $790,354.51 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,283.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,530,042.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,530,042.78 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __Juniper Specialty Products LLC__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) __20-33109__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Apache Industrial Services, Inc.** | | | |

| | |
|---|---|
| **2.1** **Apache Industrial Services, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Juniper Plant and Land**<br>**910 Interstate 10 W**<br>**Westlake, LA**<br>**parcel numbers: 01338234B, 01338234A & 01203916A** |

Amount of claim: **Unknown**   Value of collateral: **Unknown**

**250 Assay St.**
**Suite 500**
**Houston, TX 77044**
Creditor's mailing address

Describe the lien
**LA statute, L.A. R.S. 9:4801, et seq.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Aptim Maintenance, LLC**
**2. Excel Contractors, LLC**
**3. Bronco Industrial Services, LLC**
**4. Polaris Construction, Inc.**
**5. Apache Industrial Services, Inc.**
**6. CAVCO, Inc.**
**7. Specialized Industrial Maintenance, Inc.**
**8. Garrison Industrial Services, Inc.**
**9. GS Global Supply LP**

| **2.2** **Aptim Maintenance, LLC** | Describe debtor's property that is subject to a lien | **$38,872,988.70** | **Unknown** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Juniper Specialty Products LLC**                    Case number (if know)   **20-33109**
_____
Name

| | |
|---|---|
| Creditor's Name | **Juniper Plant and Land**<br>**910 Interstate 10 W**<br>**Westlake, LA**<br>**parcel numbers: 01338234B, 01338234A &**<br>**01203916A** |
| **4171 Essen Lane**<br>**Baton Rouge, LA 70809** | |
| Creditor's mailing address | **Describe the lien**<br>**LA statute, L.A. R.S. 9:4801, et seq.**<br>**Is the creditor an insider or related party?** |
| | ■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**April 2019** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>☐ No | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| | |
|---|---|
| 2.3 | **Bronco Industrial Services, LLC** |
| | Creditor's Name |

| | | | |
|---|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Juniper Plant and Land**<br>**910 Interstate 10 W**<br>**Westlake, LA**<br>**parcel numbers: 01338234B, 01338234A &**<br>**01203916A** | **$193,321.64** | **Unknown** |
| **P.O. Box 2040**<br>**Prairieville, LA 70769** | | | |
| Creditor's mailing address | **Describe the lien**<br>**LA statute, L.A. R.S. 9:4801, et seq.**<br>**Is the creditor an insider or related party?** | | |
| | ■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**July 3, 2019** | ■ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.4 | **CAVCO, Inc.** | | |
| | Creditor's Name | | |
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Juniper Plant and Land**<br>**910 Interstate 10 W**<br>**Westlake, LA**<br>**parcel numbers: 01338234B, 01338234A &**<br>**01203916A** | **$548,603.00** | **Unknown** |
| **400 Front Street**<br>**Bon Air, AL 35302** | | | |
| Creditor's mailing address | **Describe the lien**<br>**LA statute, L.A. R.S. 9:4801, et seq.**<br>**Is the creditor an insider or related party?** | | |
| | ■ No<br>☐ Yes | | |
| Creditor's email address, if known | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor **Juniper Specialty Products LLC**
Name

Case number (if know) **20-33109**

---

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 | **Excel Contractors, LLC** | Describe debtor's property that is subject to a lien | $3,053,071.37 | Unknown |

Creditor's Name

**Juniper Plant and Land
910 Interstate 10 W
Westlake, LA
parcel numbers: 01338234B, 01338234A &
01203916A**

**8641 United Plaza Blvd
Baton Rouge, LA 70809**

Creditor's mailing address

Describe the lien

**LA statute, L.A. R.S. 9:4801, et seq.**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Garrison Industrial Services, Inc.** | Describe debtor's property that is subject to a lien | $36,769.00 | Unknown |

Creditor's Name

**Juniper Plant and Land
910 Interstate 10 W
Westlake, LA
parcel numbers: 01338234B, 01338234A &
01203916A**

**1929 S. Southland AVe
Gonzales, LA 70737**

Creditor's mailing address

Describe the lien

**LA statute, L.A. R.S. 9:4801, et seq.**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
August 19, 2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor   **Juniper Specialty Products LLC**
_____
Name

Case number (_if know_)   **20-33109**
_____

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **GS Global Supply LP** | Describe debtor's property that is subject to a lien | $124,236.88 | Unknown |

Creditor's Name

**Juniper Plant and Land**
**910 Interstate 10 W**
**Westlake, LA**
**parcel numbers: 01338234B, 01338234A &**
**01203916A**

**P.O. Box 3031**
**Beaumont, TX 77704**

Creditor's mailing address

Describe the lien
**LA statute, L.A. R.S. 9:4801, et seq.**

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred

**August 10, 2019 (est)**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **Polaris Construction, Inc.** | Describe debtor's property that is subject to a lien | $99,068.31 | Unknown |

Creditor's Name

**Juniper Plant and Land**
**910 Interstate 10 W**
**Westlake, LA**
**parcel numbers: 01338234B, 01338234A &**
**01203916A**

**1139 Patton St.**
**Sulphur, LA 70663**

Creditor's mailing address

Describe the lien
**LA statute, L.A. R.S. 9:4801, et seq.**

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred

**July 26, 2019**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.9 | **Specialized Industrial Maintenance, Inc.** | Describe debtor's property that is subject to a lien | $829,746.57 | Unknown |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Juniper Specialty Products LLC**
     Name

Case number (if know)  **20-33109**

Creditor's Name

**Juniper Plant and Land**
**910 Interstate 10 W**
**Westlake, LA**
**parcel numbers: 01338234B, 01338234A &**
**01203916A**

**P.O. Box 91473**
**Chicago, IL 60693**

Creditor's mailing address

**Describe the lien**
**LA statute, L.A. R.S. 9:4801, et seq.**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$43,757,805.47** |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bronco Industrial Services, LLC**<br>**Jerome F. Perque, Authorized Agent**<br>**5184 HWY 308**<br>**Napoleonville, LA 70390** | Line  **2.3** | |
| **CSC**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808** | Line  **2.5** | |
| **HD Supply Construction Supply Ltd**<br>**dba HD Supply Construction & Industrial**<br>**901 Enterprise Blvd**<br>**Suite 100**<br>**Allen, TX 75013** | Line  **2.2** | |
| **Jacob A. Altmyer**<br>**Wray & Associates**<br>**10182 Weevil Street**<br>**P.O. Box 1848**<br>**Saint Francisville, LA 70775** | Line  **2.3** | |
| **Joseph R. Pousson, JR.**<br>**Placuche, Smith & Nieset, LLC**<br>**1123 Pithons Street**<br>**Lake Charles, LA 70601** | Line  **2.8** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Juniper Specialty Products LLC** | Case number (*if know*) | **20-33109** |
|--------|-------------------------------------|--------------------------|--------------|
|        | Name                                |                          |              |

| | |
|---|---|
| **Kathryn N. Baird**<br>**Andrew Myers**<br>**1885 Saint James Place**<br>**15th Floor**<br>**Houston, TX 77056** | Line **2.1** |
| **Kelsey Kornick Funes**<br>**Phelps Dunbar LLP**<br>**Il City Plaza**<br>**400 Convention St. Suite 1100**<br>**Baton Rouge, LA 70802** | Line **2.2** |
| **LEVELSET**<br>**1121 Josephine St.**<br>**New Orleans, LA 70130** | Line **2.6** |
| **LEVELSET**<br>**9450 SW Gemini Dr #7790**<br>**Beaverton, OR 97008** | Line **2.6** |
| **Mark C. Landry**<br>**Newman, Mathis, Brady & Spedale**<br>**433 Metairie Rd.**<br>**Suite 600**<br>**Metairie, LA 70005** | Line **2.9** |
| **Phelps Dunbar LLP**<br>**365 Canal Street**<br>**New Orleans, LA 70130** | Line **2.2** |
| **Stockwell Sievert**<br>**One Lakeside Plaza, 4th Floor**<br>**127 West Broad Street**<br>**Lake Charles, LA 70601** | Line **2.7** |
| **Sylvion S. Moss**<br>**Law Works, LLC**<br>**2100 1st Avenue North**<br>**Suite 600**<br>**Birmingham, AL 35203** | Line **2.4** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Juniper Specialty Products LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-33109**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**ABB Inc.**<br>**305 Gregson Dr**<br>**Cary, NC 27511**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | **$19,549.48** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Accutrol, LLC**<br>**284 N. Post Oak Rd.**<br>**Sulphur, LA 70663**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Materials__<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | **$18,556.71** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**aeSolutions**<br>**P.O. Box 26566**<br>**Greenville, SC 29616**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | **$50,743.20** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**AGI Indudtries, Inc.**<br>**2110 SW Evangeline Thruway**<br>**Lafayette, LA 70508**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ☑ No  ☐ Yes | **$14,315.02** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    47572                    Best Case Bankruptcy

| Debtor | **Juniper Specialty Products LLC** | | Case number (if known) | **20-33109** |
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,981.09** |
|---|---|---|---|
| | **Airswift** | ☐ Contingent | |
| | **3050 Post Oak Blvd., Ste. 1450** | ☐ Unliquidated | |
| | **Houston, TX 77056** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,885.00** |
|---|---|---|---|
| | **Akin Gump Strauss Hauer & Feld, LLP** | ☐ Contingent | |
| | **One Bryant Park** | ☐ Unliquidated | |
| | **New York, NY 10036** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ **JSP Supplier** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,400.00** |
|---|---|---|---|
| | **American Arbitration Association** | ■ Contingent | |
| | **Case Filing Services** | ■ Unliquidated | |
| | **1101 Laurel Oak Rd.** | ☐ Disputed | |
| | **Suite. 100** | | |
| | **Voorhees, NJ 08043** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,389.45** |
|---|---|---|---|
| | **Arch Chemicals, Inc.** | ☐ Contingent | |
| | **960 I-10 West** | ☐ Unliquidated | |
| | **Westlake, LA 70669** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,247.15** |
|---|---|---|---|
| | **Bandini Enterprises, Inc.** | ☐ Contingent | |
| | **12301 Kurland Dr., 250** | ☐ Unliquidated | |
| | **Houston, TX 77034** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,331.43** |
|---|---|---|---|
| | **BBP Sales, LLC** | ☐ Contingent | |
| | **337 Highlandia Dr** | ☐ Unliquidated | |
| | **Baton Rouge, LA 70810** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,609.43** |
|---|---|---|---|
| | **Bio-Lab, Inc.** | ☐ Contingent | |
| | **1725 North Brown Rd** | ☐ Unliquidated | |
| | **Lawrenceville, GA 30049** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ **Master Site License Agreement** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Juniper Specialty Products LLC** | Case number (if known) | **20-33109** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,941.50**

**Boulware & Valoir**
2603 August, Ste. 1350
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,380.00**

**Caliber Valve and Controls LLC**
6896 Hwy 90 East
Lake Charles, LA 70615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$797.00**

**ChemTreat, Inc.**
15045 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,671.61**

**Cintas Corporation**
P.O. Box 650838
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,052.72**

**Coastal Welding**
P.O. Box 3029
Beaumont, TX 77704

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,232.16**

**Contextualize (Pty) Ltd**
27 Beach Road
Wavecrest Apts. #802
Strand, Western Cape 7140
South Africa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,259.21**

**COSA Xentaur Corp**
84H Horseblock Rd
Yaphank, NY 11980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Restock fee for equipment vendor took back_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Juniper Specialty Products LLC** | Case number (if known) | **20-33109** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.00 |
|---|---|---|---|

**CSC - Corporation Service Company**
PO Box 13397
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __JSP Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,160.00 |
|---|---|---|---|

**Dashiell Corporation**
12301 Kurland Dr, Ste. 400
Houston, TX 77034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,096.77 |
|---|---|---|---|

**Delta Terminal Services LLC**
1001 Louisiana Street, St. 1000
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Service Agreement__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,233.00 |
|---|---|---|---|

**DGM Services, Inc.**
1813 Greens Rd
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,232.00 |
|---|---|---|---|

**Divann Robertson**
332 High Street
Malmesbury 7301
South Africa

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,267.27 |
|---|---|---|---|

**DXP**
110 KOL Dr
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,248.14 |
|---|---|---|---|

**Eaton Corporation**
1000 Cherrington Pkwy
Moon Township, PA 15108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Juniper Specialty Products LLC** | Case number (if known) | **20-33109** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$320,087.40** |
|---|---|---|---|

**Entergy Services**
P.O. Box 8103
Baton Rouge, LA 70891

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2986**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,800.00** |
|---|---|---|---|

**Excel Maintenance Services, Inc.**
8641 United Plaza Blvd.
Baton Rouge, LA 70809

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,343.01** |
|---|---|---|---|

**Fisher Controls International LLC**
205 South Center Street
P.O. Box 190
Marshalltown, IA 50158

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,950.81** |
|---|---|---|---|

**Flow-Tech Industries, Inc.**
8700 Jameel, Ste. 100
Houston, TX 77041

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Francis X Brady**
108 Genesee Lane
Madison, CT 06443

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,764.24** |
|---|---|---|---|

**Garrison Industrial Services, Inc.**
315 Ellender St.
Sulphur, LA 70663

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,125.00** |
|---|---|---|---|

**Genesis Venture Logistics**
10 St. Ann Dr
Mandeville, LA 70471

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Master Services Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Juniper Specialty Products LLC**
_____
Name

Case number (if known) **20-33109**

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,928.80** |

**Gibson Applied Technology & Engineering**
**Attn: Steve Guy**
**16360 Park Ten Place, Ste. 206**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,386.26** |

**Greenberg Traurig LLP**
**1000 Louisiana, Ste. 1700**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ **JSP Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,223.73** |

**Herc Rentals Inc.**
**27500 Riverview Center Blvd**
**Bonita Springs, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170,064.50** |

**Hunter Buildings & Manufacturing LP**
**14935 Jacinto Port Blvd**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.23** |

**Infinisource, Inc.**
**P.O. Box 889**
**Coldwater, MI 49036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,266.74** |

**International Alliance Group**
**3657 Briarpark**
**Houston, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$278,072.00** |

**Jacobs Engineering Group Inc.**
**1999 Bryan Street, Ste. 1200**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Juniper Specialty Products LLC**                          Case number (if known)     **20-33109**
_____
Name

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,547.76** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**John H. Carter Inc.**
**17630 Perkins Rd**
**Baton Rouge, LA 70810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$45,547.76

---

| 3.41 | **Nonpriority creditor's name and mailing address** |

**Kean Miller LLP**
**400 Convention St., Ste. 700**
**Baton Rouge, LA 70821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$4,624.50

---

| 3.42 | **Nonpriority creditor's name and mailing address** |

**Kline & Company Inc.**
**35 Waterview Blvd.**
**Parsippany, NJ 07054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

$26,402.50

---

| 3.43 | **Nonpriority creditor's name and mailing address** |

**Leidos Engineering, LLC**
**550 Cochituate Rd**
**West Wing, 4th FLoor**
**Framingham, MA 01701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prepared Independent Engineer's Report for JSP re Juniper SP GTL Facility Fihnal R3**

Is the claim subject to offset? ■ No  ☐ Yes

$21,153.00

---

| 3.44 | **Nonpriority creditor's name and mailing address** |

**Louisiana Radio Communications Inc.**
**P.O. Box 3143**
**Lake Charles, LA 70602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$16,953.61

---

| 3.45 | **Nonpriority creditor's name and mailing address** |

**Maplewood Industrial**
**5175 Maplewood Dr**
**Sulphur, LA 70663**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Off-premises storage**

Is the claim subject to offset? ■ No  ☐ Yes

$15,894.00

---

| 3.46 | **Nonpriority creditor's name and mailing address** |

**Middough, Inc.**
**1901 East 13th St., Ste. 400**
**Cleveland, OH 44114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$47,540.00

---

Debtor **Juniper Specialty Products LLC**
Name

Case number (if known) **20-33109**

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,123.95**
--- | --- | --- | ---

**Mobile Mini Storage Solutions**
**4646 East Van Buren**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**Newport Tank Containers (USA) LLC**
**1340 Depot Street**
**Rocky River, OH 44116**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,425.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

**Pannell Kerr Forster of Texas, P.C.**
**5847 San Felipe, Ste. 2600**
**Houston, TX 77057**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$35,025.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**Petroplan USA LLC**
**3151 Briarpark Dr. #1250**
**Houston, TX 77042**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$150,493.75**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**Praxair, Inc.**
**175 East Park Dr**
**Tonawanda, NY 14150**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$64,625.32**

Date(s) debt was incurred _

Basis for the claim: _Product Supply Agreement_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**Prime Controls LP**
**1725 Lakepointe Dr**
**Lewisville, TX 75057**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,330.00**

Date(s) debt was incurred _

Basis for the claim: _JSP Supplier_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

**Process Technical Services, LLC**
**14550 Torrey Chase Blvd. #220**
**Houston, TX 77014**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,120.33**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Juniper Specialty Products LLC** | Case number (if known) | **20-33109** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,319,399.19** |
|---|---|---|---|

**ReCon Management Services, Inc.**
1907 Ruth Street
Sulphur, LA 70663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Purchase Orders_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,810,000.00** |
|---|---|---|---|

**Richard Construction, Inc.**
750 Pearl St.
Beaumont, TX 77701

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,014,378.43** |
|---|---|---|---|

**Richard Design Services, Inc.**
750 Pearl Street
Beaumont, TX 77701

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,634.43** |
|---|---|---|---|

**Rosemount Inc**
8200 Market Blvd
Chanhassen, MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,407.81** |
|---|---|---|---|

**Rural/Metro Fire Dept. Inc**
8465 N. Pima Rd
Scottsdale, AZ 85258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,164.00** |
|---|---|---|---|

**Sabine River Authority of LA**
15091 Texas Hwy
Many, LA 71449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,775.00** |
|---|---|---|---|

**Safety Concepts LLC**
2849 Bergstedt Rd
Sulphur, LA 70665

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Juniper Specialty Products LLC**                                    Case number (if known)  **20-33109**
_____
Name

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,420.60** |
|---|---|---|---|

**Safety Controls, Inc**
**P.O. Box 61280**
**Lafayette, LA 70596**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,517.75** |
|---|---|---|---|

**Satellite Shelters, Inc.**
**2530 Xenium Lane North, Ste. 150**
**Minneapolis, MN 55441**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127,526.58** |
|---|---|---|---|

**Setpoint Integrated Solutions, Inc.**
**19011 Highland Rd**
**Baton Rouge, LA 70809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,893,879.99** |
|---|---|---|---|

**SGCE LLC**
**120 N. Munger Street**
**Pasadena, TX 77506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Stellenbosch University**
**Debtors Department**
**Private Bag X1,**
**Matieland, 7602**
**Stellenbosch, South Africa**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,630.14** |
|---|---|---|---|

**Stolthaven New Orleans, LLC**
**15635 Jacintoport Blvd.**
**Houston, TX 77015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Purchase Orders

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,225.29** |
|---|---|---|---|

**Team Industrial Services, Inc.**
**215 N. Beglis Pkwy**
**Sulphur, LA 70663**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Juniper Specialty Products LLC**
_____
Name

Case number (if known) **20-33109**

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,284.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Technical Automation Services Co, LTD**
**2000 Nasa Parkway**
**Seabrook, TX 77586**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __JSP Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,591.70 |

**Teledyne Instruments, Inc.**
**16830 Chestnut Street**
**City of Industry, CA 91748**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,324.10 |

**Testengeer, Inc.**
**P.O. Box 557**
**Port Lavaca, TX 77979**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,723.56 |

**Weiser Security Services Inc.**
**3939 Tulane Ave**
**New Orleans, LA 70119**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,899.50 |

**White & Case LLP**
**1200 Smith Street, Ste. 2300**
**Houston, TX 77002-4403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Attorney Fees__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,942.99 |

**Wolseley Industrial Group**
**12500 Jefferson Ave.**
**Newport News, VA 23602-4314**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,100.59 |

**Yokogawa Corporation of American**
**2 Dart Rd**
**Newnan, GA 30265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor __Juniper Specialty Products LLC_____   Case number (if known)   __20-33109_____
Name

| 4.N | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gabe Gotwals**<br>**1100 OneOK Plaza**<br>**100 West 5th St.**<br>**Tulsa, OK 74103** | Line __3.56__<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Gabe Gotwals**<br>**1100 OneOK Plaza**<br>**100 West 5th St.**<br>**Tulsa, OK 74103** | Line __3.55__<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Gregg  Dasher**<br>**Dasher Law Offices**<br>**P.O. Box 572538**<br>**Houston, TX 77257** | Line __3.50__<br><br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Gregory P. Marceaux**<br>**Marceaux Law Firm LLC**<br>**2901 Hodges Street**<br>**Lake Charles, LA 70601** | Line __3.2__<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **O'Melveny & Myers LLP**<br>**Attn: Brian Kenyon, Esq.**<br>**400 S. Hope Street**<br>**18th Floor**<br>**Los Angeles, CA 90071** | Line __3.11__<br><br>☐ Not listed. Explain _____ | _ |
| 4.6 | **Stanley M. Hammerman**<br>**3101 N. Central**<br>**Suite 1030**<br>**Phoenix, AZ 85012** | Line __3.58__<br><br>☐ Not listed. Explain _____ | _ |
| 4.7 | **Stolt-Nielsen USA Inc.**<br>**Attn: Legal Department**<br>**15635 Jacintoport Blvd**<br>**Houston, TX 77015** | Line __3.66__<br><br>☐ Not listed. Explain _____ | _ |
| 4.8 | **Stolthaven New Orleans LLC**<br>**2444 English Turn Road**<br>**Braithwaite, LA 70040** | Line __3.66__<br><br>☐ Not listed. Explain _____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 16,460,926.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 16,460,926.43 |

**Fill in this information to identify the case:**

Debtor name **Juniper Specialty Products LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-33109**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Purchase Order** | |
| State the term remaining | **24 Hour Safety LLC** |
| List the contract number of any government contract | **4912 Railroad** **Deer Park, TX 77536** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Purchase Order** | |
| State the term remaining | **24 Hour Safety LLC** |
| List the contract number of any government contract | **4912 Railroad** **Deer Park, TX 77536** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Purchase Order** | |
| State the term remaining | **ABB Inc** |
| List the contract number of any government contract | **3700 W. Sam Houston Pkwy South** **Houston, TX 77042** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Consulting Agreement and NDA** | |
| State the term remaining | **ABSG Consulting** |
| List the contract number of any government contract | **1701 City Plaza Dr** **Spring, TX 77389** |

Debtor 1 **Juniper Specialty Products LLC**                                       Case number *(if known)*   **20-33109**
First Name                Middle Name                Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing of Steam Guard Condensate Drum** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Acadian Contractors, Inc.**<br>**17102 West LA Hwy 330**<br>**Abbeville, LA 70511** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Acadian Contractors, Inc.**<br>**17102 West LA Hwy 330**<br>**Abbeville, LA 70511** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10068** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Acadian Contractors, Inc.**<br>**17102 West LA Hwy 330**<br>**Abbeville, LA 70511** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10068 Rev. 1** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Acadian Contractors, Inc.**<br>**17102 West LA Hwy 330**<br>**Abbeville, LA 70511** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Acconda L.P.dba Aqua Drill International**<br>**1300 FM 646 West**<br>**Dickinson, TX 77539** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Accutrol, LLC**<br>**284 N. Poast Oak Rd.**<br>**Sulphur, LA 70663** |

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Through service (incorporated into PO's)** | **Accutrol, LLC**<br>**284 N. Poast Oak Rd.**<br>**Sulphur, LA 70663** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO 10157 Rev. 1** | |
|---|---|---|---|
| | State the term remaining | **Through service (incorporated into PO's)** | **Accutrol, LLC**<br>**284 N. Poast Oak Rd.**<br>**Sulphur, LA 70663** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO 10113 Rev. 2** | |
|---|---|---|---|
| | State the term remaining | **Through service (incorporated into PO's)** | **Accutrol, LLC**<br>**284 N. Poast Oak Rd.**<br>**Sulphur, LA 70663** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Accutrol, LLC**<br>**284 N. Poast Oak Rd.**<br>**Sulphur, LA 70663** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | | **Action Industries**<br>**767 Highway 70**<br>**Belle Rose, LA 70341** |
| | List the contract number of any government contract | | |

Debtor 1  **Juniper Specialty Products LLC**
    First Name         Middle Name        Last Name

Case number (*if known*)  **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order** | |
| State the term remaining | **aeSolutions** |
| List the contract number of any government contract | **PO Box 26566**<br>**Greenville, SC 29616** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order** | |
| State the term remaining | **aeSolutions** |
| List the contract number of any government contract | **PO Box 26566**<br>**Greenville, SC 29616** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest — **NDA** | |
| State the term remaining | **Aguilar and Salas SA**<br>**Pol. Industrial Pla de Llerona** |
| List the contract number of any government contract | **C/Irlanda, 6, 08520**<br>**Les Franquese del Valles**<br>**Barcelona, Spain** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Sale T&Cs** | |
| State the term remaining — **Amended 05/15/2014** | **Air Liquide**<br>**9811 Katy Freeway** |
| List the contract number of any government contract | **Suite 100**<br>**Houston, TX 77024** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Field Services Agreement** | |
| State the term remaining | **Air Liquide**<br>**9811 Katy Freeway** |
| List the contract number of any government contract | **Suite 100**<br>**Houston, TX 77024** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Amendment to the Purchase Order Terms and Conditions of Sales** | |
| State the term remaining — **In effect until terminated with 6- days written notice or until** | **Air Liquide**<br>**9811 Katy Freeway**<br>**Suite 100**<br>**Houston, TX 77024** |

Debtor 1  **Juniper Specialty Products LLC**

First Name        Middle Name        Last Name

Case number *(if known)*  **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| List the contract number of any government contract | **all Services Performed** | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO No. 921** | |
|---|---|---|---|
| | State the term remaining | **In effect until terminated with 6- days written notice or until all Services Performed** | **Air Liquide** |
| | List the contract number of any government contract | | **9811 Katy Freeway Suite 100 Houston, TX 77024** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO No. 921 Rev. 1** | |
|---|---|---|---|
| | State the term remaining | | **Air Liquide 9811 Katy Freeway Suite 100 Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO No. 921 Rev. 2** | |
|---|---|---|---|
| | State the term remaining | | **Air Liquide 9811 Katy Freeway Suite 100 Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO No. 921 Rev. 3** | |
|---|---|---|---|
| | State the term remaining | | **Air Liquide 9811 Katy Freeway Suite 100 Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Air Liquide Advanced Separations 2700 Post Oak Blvd, Suite 325 Houston, TX 77056** |
| | List the contract number of any government contract | | |

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Airswift**<br>**3050 Post Oak Boulevard**<br>**Suite 1450**<br>**Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Airswift**<br>**3050 Post Oak Boulevard**<br>**Suite 1450**<br>**Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Aldo Benetti and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | **Aldo Benetti**<br>**4 Wipers Rd**<br>**Klippoortje**<br>**Gauteng**<br>**South Africa** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Aldo Benetti**<br>**4 Wipers Rd**<br>**Klippoortje**<br>**Gauteng**<br>**South Africa** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement between Allan Tiller PLLC and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | **Allan Tiller PLLC**<br>**712 Main St**<br>**Suite 1100**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Alpha Process Sales Inc**<br>**7011 Exchequer Drive**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any | | |

Debtor 1  **Juniper Specialty Products LLC**                                                    Case number (*if known*)   **20-33109**
_____
First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Services and Preparatory Research and Development Services Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Alpha Wax USA Corp.** |
|  | List the contract number of any government contract |  | **1209 Orange St.** <br> **Wilmington, DE 19801** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Offtake Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Alpha Wax USA Corp.** |
|  | List the contract number of any government contract |  | **1209 Orange St.** <br> **Wilmington, DE 19801** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Product Sale and Purchase Contract** |  |
|---|---|---|---|
|  | State the term remaining | **72 months after Commencement Date** | **Alpha Wax USA Corp.** |
|  | List the contract number of any government contract |  | **1209 Orange St.** <br> **Wilmington, DE 19801** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Offtake Agreement Amendment** |  |
|---|---|---|---|
|  | State the term remaining | **See product sale and purchase contract** | **Alpha Wax USA Corp.** |
|  | List the contract number of any government contract |  | **1209 Orange St.** <br> **Wilmington, DE 19801** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Clarification Letter for Offtake Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **See product sale and purchase contract** | **Alpha Wax USA Corp.** |
|  | List the contract number of any government contract |  | **1209 Orange St.** <br> **Wilmington, DE 19801** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | **American Tank & Vessel, Inc.** <br> **1005 Government St.** <br> **Mobile, AL 36604** |
|---|---|---|---|

Debtor 1    **Juniper Specialty Products LLC**

First Name            Middle Name            Last Name

Case number (*if known*)    **20-33109**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO 10054** | |
| | State the term remaining | **Indefinite** | **American Tank & Vessel, Inc.** |
| | List the contract number of any government contract | _____ | **1005 Government St.** **Mobile, AL 36604** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO 10065** | |
| | State the term remaining | **Through service** | **American Tank & Vessel, Inc.** |
| | List the contract number of any government contract | _____ | **1005 Government St.** **Mobile, AL 36604** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **PAP for PO 10055** | |
| | State the term remaining | **Through service** | **American Tank & Vessel, Inc.** |
| | List the contract number of any government contract | _____ | **1005 Government St.** **Mobile, AL 36604** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions for PO's** | |
| | State the term remaining | | **American Tank & Vessel, Inc.** |
| | List the contract number of any government contract | _____ | **1005 Government St.** **Mobile, AL 36604** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
| | State the term remaining | | **Anil Shrivastav** |
| | List the contract number of any government contract | _____ | **6418 Kendall Creek Drive** **Sugar Land, TX 77479** |

Debtor 1  **Juniper Specialty Products LLC**
First Name         Middle Name         Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ann McWatters, Esq.** |
| | List the contract number of any government contract | | **21527 Aurora Park Dr** <br> **Richmond, TX 77406** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Construction and Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Apache Industrial Services, Inc.** <br> **250 Assay St.** |
| | List the contract number of any government contract | | **Suite 500** <br> **Houston, TX 77044** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Aptim Maintenance, LLC** |
| | List the contract number of any government contract | | **4171 Essen Lane** <br> **Baton Rouge, LA 70809** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Aptim Maintenance, LLC** |
| | List the contract number of any government contract | | **4171 Essen Lane** <br> **Baton Rouge, LA 70809** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor leases approx. 4,775 RSF and 50% of parking area at the ARCH Chemicals Bldg. Contract** | |
|---|---|---|---|
| | State the term remaining | **3 yrs (est)** | **ARCH Chemicals, Inc.** |
| | List the contract number of any government contract | | **960 I-10 Service Road** <br> **Westlake, LA 70669** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AT&T** <br> **PO Box 5019** <br> **Carol Stream, IL 60197** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-33109**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest  — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Baker Engineering and Risk Consultants,**
**11011 Richmond Avenue**
**Suite 700**
**Houston, TX 77042**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest  — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Baker Engineering and Risk Consultants,**
**11011 Richmond Avenue**
**Suite 700**
**Houston, TX 77042**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest  — **Master Services Agreement between Bandini Enterprises Inc. and RD Juniper LLC**

State the term remaining

List the contract number of any government contract

**Bandini Enterprises Inc.**
**12301 Kurland Drive**
**Suite 250**
**Houston, TX 77034**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest  — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Bandini Enterprises Inc.**
**12301 Kurland Drive**
**Suite 250**
**Houston, TX 77034**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest  — **Purchase Order**

State the term remaining

List the contract number of any government contract

**BBP Sales, LLC**
**337 Highlandia Dr**
**Baton Rouge, LA 70810**

---

| Debtor 1 | **Juniper Specialty Products LLC** | | Case number *(if known)* | **20-33109** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Master Site License Agreement between Bio-Lab, Inc. and Juniper Specialty Products LLC dated Nov. 27, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Bio-Lab, Inc.**<br>**c/o KIK Custom Products**<br>**101 MacIntosh Blvd**<br>**Concord, ON L4K 4R5** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement for Construction** | |
|---|---|---|---|
| | State the term remaining | | **Bio-Lab, Inc.**<br>**c/o KIK Custom Products**<br>**101 MacIntosh Blvd**<br>**Concord, ON L4K 4R5** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Second Amendment to Parking Access Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bio-Lab, Inc.**<br>**c/o KIK Custom Products**<br>**101 MacIntosh Blvd**<br>**Concord, ON L4K 4R5** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Boot Barn**<br>**15345 Barranca Parkway**<br>**Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Engagement Letter** | |
|---|---|---|---|
| | State the term remaining | | **Boulware & Valoir**<br>**2603 August**<br>**Suite 1350**<br>**Houston, TX 77057** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Juniper Specialty Products LLC**         Case number *(if known)*    **20-33109**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.**    State what the contract or lease is for and the nature of the debtor's interest

     **Base Contract for Sale and Purchase of Natural Gas between BP Energy Company and RD Juniper LLC dated Feb. 17, 2017**

     State the term remaining

     List the contract number of any government contract

     **BP Energy Company**
     **201 Helios Way**
     **Houston, TX 77079**

**2.61.**    State what the contract or lease is for and the nature of the debtor's interest

     **Purchase Order**

     State the term remaining

     List the contract number of any government contract

     **Caliber Valve and Controls LLC**
     **6896 Hwy 90 East**
     **Lake Charles, LA 70615**

**2.62.**    State what the contract or lease is for and the nature of the debtor's interest

     **Product Sale and Purchase Agreement**

     State the term remaining

     **Primary term: 72 months from Commencement date (first day of the Month following the date upon which the GTL Facility first produces Product in commercial quantities ready to Tender for Delivery. The Commencement Date is anticipated by the Parties to be between June 30, 2015 and April30, 2016.)**

     List the contract number of any government contract

     **Calumet Lubricants Co., LP**
     **2780 Waterfront Pkwy. E. Drive, Ste. 200**
     **Indianapolis, IN 46214**

**2.63.**    State what the contract or lease is for and the nature of the debtor's interest

     **Printer Lease**

     State the term remaining

     List the contract number of any government contract

     **Cannon Instrument Company**
     **2139 High Tech Rd.**
     **State College, PA 16803**

Debtor 1   **Juniper Specialty Products LLC**                                    Case number (*if known*)   **20-33109**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement between CCC Group, Inc. and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CCC Group, Inc.**<br>**5795 Dietrich Rd.**<br>**San Antonio, TX 78258** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement Services Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ChemTreat, Inc.**<br>**15045 Collections Center Drive**<br>**Chicago, IL 60693** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ChemTreat, Inc.**<br>**15045 Collections Center Drive**<br>**Chicago, IL 60693** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ChemTreat, Inc.**<br>**15045 Collections Center Drive**<br>**Chicago, IL 60693** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chesapeake Flowserve US Inc**<br>**4179 Collections Center Drive**<br>**Chicago, IL 60693** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Cintas Corporation**<br>**PO Box 631025**<br>**Cincinnati, OH 45263-1025** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Juniper Specialty Products LLC**                                        Case number *(if known)*   **20-33109**
_____                                _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  government contract | _____ |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **PO Box 631025** **Cincinnati, OH 45263-1025** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **PO Box 631025** **Cincinnati, OH 45263-1025** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **PO Box 631025** **Cincinnati, OH 45263-1025** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Cintas Corporation** |
| | List the contract number of any government contract | | **PO Box 631025** **Cincinnati, OH 45263-1025** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.** **Jennings, LA 70546** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10138 [sic., should be PO 10135]** | **Clay & Domingue LLC** **1901 Holiday Dr.** **Jennings, LA 70546** |
|---|---|---|---|

| Debtor 1 | **Juniper Specialty Products LLC** | | Case number *(if known)* | **20-33109** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10143** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Clay & Domingue LLC**<br>**1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10126** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Clay & Domingue LLC**<br>**1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10158** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Clay & Domingue LLC**<br>**1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10159** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Clay & Domingue LLC**<br>**1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10138 Rev 2 [sic. Should be PO 10135 Rev. 2]** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Clay & Domingue LLC**<br>**1901 Holiday Dr.**<br>**Jennings, LA 70546** |

Debtor 1  **Juniper Specialty Products LLC**                                    Case number (*if known*)  **20-33109**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10166** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10158 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10159 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10166 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10138 Rev 3 [sic., should be PO 10135 Rev 3]** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.**<br>**Jennings, LA 70546** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10174** | |
|---|---|---|---|
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any | | **1901 Holiday Dr.**<br>**Jennings, LA 70546** |

Debtor 1   **Juniper Specialty Products LLC**
          First Name        Middle Name        Last Name

Case number *(if known)*   **20-33109**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10176** | |
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.** **Jennings, LA 70546** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10182** | |
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.** **Jennings, LA 70546** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10181** | |
| | State the term remaining | | **Clay & Domingue LLC** |
| | List the contract number of any government contract | | **1901 Holiday Dr.** **Jennings, LA 70546** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **Community Coffee Company** |
| | List the contract number of any government contract | | **PO Box 919149** **Dallas, TX 75391** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **Until 2025** | **Concept Associates** **402, Shriniwas Villa, "C" Wing Erandawana, Pune** |
| | List the contract number of any government contract | | **411 004, Maharashtra, India** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | **Contextualize (Pty) Ltd** **27 Beach Road** **Wavecrest Apts # 802** **Strand, Western Cape 7140 South Africa** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Juniper Specialty Products LLC**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Contextualize (Pty) Ltd** |
| | List the contract number of any government contract | _____ | **27 Beach Road Wavecrest Apts # 802 Strand, Western Cape 7140 South Africa** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Contextualize (Pty) Ltd** |
| | List the contract number of any government contract | _____ | **27 Beach Road Wavecrest Apts # 802 Strand, Western Cape 7140 South Africa** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cook's Business Consulting** |
| | List the contract number of any government contract | _____ | **Raamfeld 185, 22397 Hamburg, DE 22397** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Corman Safety Professionals** |
| | List the contract number of any government contract | _____ | **705 Broad Street Lake Charles, LA 70601** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Custom Metal Fabricators, Inc.** |
| | List the contract number of any government contract | _____ | **PO Box 7940 Lake Charles, LA 70606** |

Debtor 1  **Juniper Specialty Products LLC**

First Name        Middle Name        Last Name

Case number (*if known*)  **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.98.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Cypress Pipeline and Process Services, L**
**6325 Cameron St.**
**Scott, LA 70583**

---

**2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract**

State the term remaining

List the contract number of any government contract

**Daily Thermetrics**
**5700 Hartsdale Drive**
**Houston, TX 77036**

---

**2.100.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Terms**

State the term remaining

List the contract number of any government contract

**Daily Thermetrics**
**5700 Hartsdale Drive**
**Houston, TX 77036**

---

**2.101.** State what the contract or lease is for and the nature of the debtor's interest — **PO 11089 [sic. 10089 Rev 1]**

State the term remaining

List the contract number of any government contract

**Daily Thermetrics**
**5700 Hartsdale Drive**
**Houston, TX 77036**

---

**2.102.** State what the contract or lease is for and the nature of the debtor's interest — **PO Rev 1 11089 [sic. 10089 Rev 1]**

State the term remaining

List the contract number of any government contract

**Daily Thermetrics**
**5700 Hartsdale Drive**
**Houston, TX 77036**

---

**2.103.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement**

State the term remaining

List the contract number of any

**Danita Maseles**
**28 W. Broad Oaks**
**Houston, TX 77056**

Debtor 1   **Juniper Specialty Products LLC**                          Case number *(if known)*   **20-33109**
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | **Dashiell Corporation**<br>**12301 Kurland Drive**<br>**Suite 400**<br>**Houston, TX 77034** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Engineered Equipment Terms and Conditions | |
|---|---|---|---|
| | State the term remaining | Indefinite. | **Delta Process Equipment**<br>**P.O. Box 1697**<br>**Houston, TX 77251** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | **Delta Process Equipment**<br>**P.O. Box 1697**<br>**Houston, TX 77251** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement between Delta Terminal Services LLC and Juniper Specialty Products LLC | |
|---|---|---|---|
| | State the term remaining | | **Delta Terminal Services LLC**<br>**1001 Louisiana Street, Ste. 1000**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | **Delta Terminal Services LLC**<br>**1001 Louisiana Street**<br>**Suite. 1000**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Juniper Specialty Products LLC** | | Case number (*if known*) | **20-33109** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **DGM Services, Inc.** |
| | List the contract number of any government contract | | **1813 Greens Rd**<br>**Houston, TX 77032** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Don O'Shea** |
| | List the contract number of any government contract | | **8719 Stowe Creek Lane**<br>**Missouri City, TX 77459** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** | |
|---|---|---|---|
| | State the term remaining | | **Double E/Gutor** |
| | List the contract number of any government contract | | **5700 NW Central Dr.**<br>**#240**<br>**Houston, TX 77092** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Doug Cathro** |
| | List the contract number of any government contract | | **13711 Gainesway Drive**<br>**Cypress, TX 77429** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Douglass Chow** |
| | List the contract number of any government contract | | **12210 Rocky Knoll Drive**<br>**Houston, TX 77077** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Eaton Corporation** |
| | List the contract number of any | | **1000 Cherrington Parkway**<br>**Moon Township, PA 15108** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Juniper Specialty Products LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **20-33109**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Eaton Corporation**
**1000 Cherrington Parkway**
**Moon Township, PA 15108**

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Eaton Corporation**
**1000 Cherrington Parkway**
**Moon Township, PA 15108**

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Eaton Corporation**
**1000 Cherrington Parkway**
**Moon Township, PA 15108**

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Eaton Corporation**
**1000 Cherrington Parkway**
**Moon Township, PA 15108**

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Eaton Corporation**
**1000 Cherrington Parkway**
**Moon Township, PA 15108**

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |
|---|---|---|

**Ecodyne Limited**
**4847 Homestead Road**
**Houston, TX 77028**

Debtor 1    **Juniper Specialty Products LLC**            Case number (*if known*)    **20-33109**

      First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract    _____

---

**2.121.** State what the contract or    **Equipment Terms***
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any                **Ecodyne Limited**
       government contract    _____    **4847 Homestead Road**
                                                         **Houston, TX 77028**

---

**2.122.** State what the contract or    **PAP for PO 10036**
lease is for and the nature of
the debtor's interest

     State the term remaining

     List the contract number of any                **Ecodyne Limited**
       government contract    _____    **4847 Homestead Road**
                                                          **Houston, TX 77028**

---

**2.123.** State what the contract or    **PAP for PO 10036 Rev**
lease is for and the nature of    **1**
the debtor's interest

     State the term remaining

     List the contract number of any                **Ecodyne Limited**
       government contract    _____    **4847 Homestead Road**
                                                          **Houston, TX 77028**

---

**2.124.** State what the contract or    **PAP for PO 10036 Rev**
lease is for and the nature of    **3**
the debtor's interest

     State the term remaining

     List the contract number of any                **Ecodyne Limited**
       government contract    _____    **4847 Homestead Road**
                                                          **Houston, TX 77028**

---

**2.125.** State what the contract or    **PAP for PO 10036 Rev**
lease is for and the nature of    **4**
the debtor's interest

     State the term remaining

     List the contract number of any                **Ecodyne Limited**
       government contract    _____    **4847 Homestead Road**
                                                          **Houston, TX 77028**

---

Debtor 1    **Juniper Specialty Products LLC**                                    Case number *(if known)*    **20-33109**
            First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elaine Nguyen<br>21931 Lakemount Bend Lane<br>Richmond, TX 77407** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elliott Company<br>901 North Fourth Street<br>Jeannette, PA 15644** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elliott Company<br>901 North Fourth Street<br>Jeannette, PA 15644** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Second Amendment to Second Amended and Restated FT Catalyst Site License Agreement with Juniper Specialty Products LLC** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Emerging Fuels Technology, Inc.<br>6024 S. 116th E. Ave.<br>Tulsa, OK 74146** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **FT Catalyst Site License Agreement** | |
|---|---|---|---|
| | State the term remaining | **For the life of the Juniper plant.** | |
| | List the contract number of any government contract | | **Emerging Fuels Technology, Inc.<br>6024 S. 116th E. Ave.<br>Tulsa, OK 74146** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to the FT Catalyst Site License Agreement** | |
|---|---|---|---|
| | State the term remaining | **For the life of the** | |
| | | | **Emerging Fuels Technology, Inc.<br>6024 S. 116th E. Ave.<br>Tulsa, OK 74146** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Juniper Specialty Products LLC**
  First Name                Middle Name               Last Name

Case number *(if known)*  **20-33109**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | **Juniper plant.** |  |
|---|---|---|---|

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Second Amended and Restated FT Catalyst Site License Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **For the life of the Juniper plant.** | **Emerging Fuels Technology, Inc. 6024 S. 116th E. Ave. Tulsa, OK 74146** |
|  | List the contract number of any government contract |  |  |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Endress+Hauser Inc. c/o TriNova Inc. 2350 Endress Place Greenwood, IN 46143** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Energy Control Technologies, Inc. 10664 Justin Drive Urbandale, IA 50322** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **EnerMech Mechanical Services, Inc. 14000 West Road Houston, TX 77041** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **EnerMech Mechanical Services, Inc. 14000 West Road Houston, TX 77041** |

Debtor 1    **Juniper Specialty Products LLC**
     First Name       Middle Name       Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.137.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Facility Study Agreement Between Entergy Gulf States Louisiana, LLC and Juniper GTL LLC Indefinite.**<br><br>**Entergy Gulf States Louisiana L.L.C.**<br>**446 North Blvd.**<br>**Baton Rouge, LA 70802** |
| **2.138.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement for Electric Service**<br><br>**Five years from date Customer first takes service, which dale shall be no later than Dec. 1, 2015, then continuing annually until written 12 month notice given by either party to terminate.**<br><br>**Entergy Gulf States Louisiana L.L.C.**<br>**446 North Blvd.**<br>**Baton Rouge, LA 70802** |
| **2.139.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Electric Service Agreement between Entergy Louisiana, LLC and RD Juniper LLC dated Oct. 17, 2016**<br><br>**Entergy Louisiana, LLC**<br>**Attn: Robert L. Ricci**<br>**446 North Blvd.**<br>**Baton Rouge, LA 70802** |
| **2.140.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Engineering Equipment Purchase Agreement**<br><br>**Envirosep Fluid & Heat Recovery Systems**<br>**31 Aviation Boulevard**<br>**Georgetown, SC 29440** |
| **2.141.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Terms**<br><br>**Envirosep Fluid & Heat Recovery Systems**<br>**31 Aviation Boulevard**<br>**Georgetown, SC 29440** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10165** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Envirosep Fluid & Heat Recovery Systems**<br>**31 Aviation Boulevard**<br>**Georgetown, SC 29440** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ETEC Industrial Services, LLC**<br>**90 Market St.**<br>**Portland, TX 78374** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile RO [Reverse Osmosis] Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Initial term 5 years after completion of Commencement phase, thereafter renewed for 1 year terms unless terminated by either party upon 60 days written notice.** | |
| | List the contract number of any government contract | | **Evoqua Water Technologies LLC**<br>**181 Thorn Hill Road**<br>**Warrendale, PA 15086** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Evoqua Water Technologies LLC**<br>**181 Thorn Hill Road**<br>**Warrendale, PA 15086** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Evoqua Water Technologies LLC**<br>**181 Thorn Hill Road**<br>**Warrendale, PA 15086** |

Debtor 1   **Juniper Specialty Products LLC**
First Name         Middle Name         Last Name

Case number (*if known*)   **20-33109**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.147.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Evosite LLC**
**10649 Haddington Dr.**
**Suite 160**
**Houston, TX 77043**

---

**2.148.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Excel Maintenance Services, Inc.**
**8641 United Plaza Blvd**
**Baton Rouge, LA 70809**

---

**2.149.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Terms**

State the term remaining

List the contract number of any government contract

**Exterran**
**11000 Equity Dr**
**Houston, TX 77041**

---

**2.150.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Agreement**

State the term remaining

List the contract number of any government contract

**Fabricon International**
**7624 Garth St.**
**Beaumont, TX 77705**

---

**2.151.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Fire Risk & Safety Technologies**
**211 E Parkwood Ave.**
**Suite 101**
**Friendswood, TX 77546**

---

**2.152.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

**Fisher Controls International LLC**
**205 South Center Street**
**P.O. Box 190**
**Marshalltown, IA 50158**

---

Debtor 1　**Juniper Specialty Products LLC**

First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*　**20-33109**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

2.153.　State what the contract or lease is for and the nature of the debtor's interest　**Purchase Order**

　　　State the term remaining

　　　List the contract number of any government contract

**Flow-Tech Industries, Inc.
8700 Jameel
Suite 100
Houston, TX 77041**

---

2.154.　State what the contract or lease is for and the nature of the debtor's interest　**Purchase Agreement**

　　　State the term remaining

　　　List the contract number of any government contract

**Flowserve US Inc
12134 Industriplex Blvd
Baton Rouge, LA 70809**

---

2.155.　State what the contract or lease is for and the nature of the debtor's interest　**Equipment Terms***

　　　State the term remaining

　　　List the contract number of any government contract

**Flowserve US Inc
12134 Industriplex Blvd
Baton Rouge, LA 70809**

---

2.156.　State what the contract or lease is for and the nature of the debtor's interest　**PAD for PO 10133**

　　　State the term remaining

　　　List the contract number of any government contract

**Flowserve US Inc
12134 Industriplex Blvd
Baton Rouge, LA 70809**

---

2.157.　State what the contract or lease is for and the nature of the debtor's interest　**Purchase Order**

　　　State the term remaining

　　　List the contract number of any government contract

**Ford, Bacon & Davis LLC
12021 Lakeland Park Blvd.
Baton Rouge, LA 70809**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Juniper Specialty Products LLC**

First Name        Middle Name        Last Name

Case number (*if known*)  **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.158.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Francis X Brady**
**108 Genesee Lane**
**Madison, CT 06443**

**2.159.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Agreement**

State the term remaining

List the contract number of any government contract

**FSE Energy**
**74378 LA-25**
**Covington, LA 70435**

**2.160.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Terms**

State the term remaining — **Indefinite.**

List the contract number of any government contract

**FSE Energy**
**74378 LA-25**
**Covington, LA 70435**

**2.161.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10063**

State the term remaining

List the contract number of any government contract

**FSE Energy**
**74378 LA-25**
**Covington, LA 70435**

**2.162.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any government contract

**G&W Engineers, Inc.**
**205 West Live Oak**
**Port Lavaca, TX 77979**

**2.163.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement**

State the term remaining

List the contract number of any

**Gap Engineering Inc.**
**21703 Kingsland Blvd**
**Suite 103**
**Katy, TX 77450**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Juniper Specialty Products LLC**             Case number *(if known)*    **20-33109**

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
|  | State the term remaining | | Garrison Industrial Services, Inc. |
|  | List the contract number of any government contract | | 315 Ellender St. |
|  | | | Sulphur, LA 70663 |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement between Juniper Specialty Products LLC and Genesis Venture Logistics dated July 2, 2018 | |
|---|---|---|---|
|  | State the term remaining | | Genesis Venture Logistics |
|  | List the contract number of any government contract | | 10 St. Ann Dr |
|  | | | Mandeville, LA 70471 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement between Gibson Applied Technology & Engineering (Texas) LLC and RD Juniper LLC dated Sept. 14, 2017 | |
|---|---|---|---|
|  | State the term remaining | | Gibson Applied Technology & Engineering |
|  | List the contract number of any government contract | | 16360 Park Ten Place, Ste. 206 |
|  | | | Houston, TX 77084 |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
|  | State the term remaining | | Gibson Applied Technology and Engineerin |
|  | List the contract number of any government contract | | 16360 Park Ten Place |
|  | | | Suite 206 |
|  | | | Houston, TX 77084 |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | |
|---|---|---|---|
|  | State the term remaining | | Goulds Pumps Inc. |
|  | List the contract number of any government contract | | 1211 Industriplex Blvd. |
|  | | | Baton Rouge, LA 70809 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1   **Juniper Specialty Products LLC**                                          Case number (*if known*)   **20-33109**
_____
First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.169.** State what the contract or lease is for and the nature of the debtor's interest          **Equipment Terms***

State the term remaining

List the contract number of any government contract

**Goulds Pumps Inc.**
**1211 Industriplex Blvd.**
**Baton Rouge, LA 70809**

---

**2.170.** State what the contract or lease is for and the nature of the debtor's interest          **PAD for PO 10007 Rev 1**

State the term remaining

List the contract number of any government contract

**Goulds Pumps Inc.**
**1211 Indstriplex Blvd.**
**Baton Rouge, LA 70809**

---

**2.171.** State what the contract or lease is for and the nature of the debtor's interest          **PAD for 10035**

State the term remaining

List the contract number of any government contract

**Goulds Pumps Inc.**
**1211 Industriplex Blvd.**
**Baton Rouge, LA 70809**

---

**2.172.** State what the contract or lease is for and the nature of the debtor's interest          **PAD for 10035 Rev 1**

State the term remaining

List the contract number of any government contract

**Goulds Pumps Inc.**
**1211 Industriplex Blvd.**
**Baton Rouge, LA 70809**

---

**2.173.** State what the contract or lease is for and the nature of the debtor's interest          **PAD for 10035 Rev 2**

State the term remaining

List the contract number of any government contract

**Goulds Pumps Inc.**
**1211 Industriplex Blvd.**
**Baton Rouge, LA 70809**

---

**2.174.** State what the contract or lease is for and the nature of the debtor's interest          **Purchase Agreement**

State the term remaining

**Graham Corp**

---

Debtor 1   **Juniper Specialty Products LLC**                Case number (*if known*)    **20-33109**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

**2.175.** State what the contract or lease is for and the nature of the debtor's interest      **Equipment Terms**

State the term remaining

List the contract number of any government contract _____

**Graham Corporation**
**20 Florence Ave**
**Batavia, NY 14020**

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest      **Delivery Interconnect Agreement**

State the term remaining

List the contract number of any government contract _____

**Gulf South Pipeline Company, LP**
**P.O. Box 730000**
**Dallas, TX 75373**

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest      **Communication and Rate Agreement**

State the term remaining

List the contract number of any government contract _____

**Hampton Inn - Sulphur/LC Area**
**IH 10 - Exit 20 210 Henning**
**Sulphur, LA 70663**

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest      **Purchase Agreement**

State the term remaining

List the contract number of any government contract _____

**Heatec, Inc.**
**5200 Wilson Road**
**Chattanooga, TN 37410**

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest      **Engineered Equipment Terms and Conditions**

State the term remaining      **Indefinite.**

List the contract number of any government contract _____

**Heatec, Inc.**
**5200 Wilson Road**
**Chattanooga, TN 37410**

---

Debtor 1   **Juniper Specialty Products LLC**                                    Case number (*if known*)   **20-33109**
_____First Name_____Middle Name_____Last Name_____

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Heatec, Inc.**<br>**5200 Wilson Road**<br>**Chattanooga, TN 37410** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Power of Attorney** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hecny Brokerage Services Inc**<br>**19550 S. Dominguez Hills Dr**<br>**Rancho Dominguez, CA 90220** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Highland Tank and Mfg. Co.**<br>**One Highland Road**<br>**Stoystown, PA 15563** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Engineered Terms and Conditions\*** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Highland Tank and Mfg. Co.**<br>**One Highland Road**<br>**Stoystown, PA 15563** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10105** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Highland Tank and Mfg. Co.**<br>**One Highland Road**<br>**Stoystown, PA 15563** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10105 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Highland Tank and Mfg. Co.**<br>**One Highland Road**<br>**Stoystown, PA 15563** |

Debtor 1  **Juniper Specialty Products LLC**                        Case number (*if known*)   **20-33109**
_____  First Name _____ Middle Name _____ Last Name _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10105 Rev 2** |  |
|---|---|---|---|
|  | State the term remaining |  | **Highland Tank and Mfg. Co.** |
|  | List the contract number of any government contract |  | **One Highland Road**<br>**Stoystown, PA 15563** |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |  |
|---|---|---|---|
|  | State the term remaining |  | **Hine Environmental Services, LLC** |
|  | List the contract number of any government contract |  | **4000 Areno Rd.**<br>**Sulphur, LA 70665** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** |  |
|---|---|---|---|
|  | State the term remaining |  | **Honeywell** |
|  | List the contract number of any government contract |  | **2966 Lupine Ave**<br>**Baton Rouge, LA 70805** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** |  |
|---|---|---|---|
|  | State the term remaining |  | **Hunter Buildings & Manufacturing, LP** |
|  | List the contract number of any government contract |  | **14935 Jacintoport Blvd.**<br>**Houston, TX 77015** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** |  |
|---|---|---|---|
|  | State the term remaining |  | **Hunter Buildings & Manufacturing, LP** |
|  | List the contract number of any government contract |  | **14935 Jacintoport Blvd.**<br>**Houston, TX 77015** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | **Hunter Buildings & Manufacturing, LP**<br>**14935 Jacintoport Blvd.**<br>**Houston, TX 77015** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1  **Juniper Specialty Products LLC**                                    Case number (*if known*)  **20-33109**
 First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
 government contract _____

---

2.192.  State what the contract or lease is for and the nature of the debtor's interest          **Agreement in Principle**

State the term remaining          **Indefinite.**

List the contract number of any government contract  _____

**Industrial Exchange Corp.**
 **Meadowlawn St.**
**Houston, TX 77023**

---

2.193.  State what the contract or lease is for and the nature of the debtor's interest          **Proforma Invoice and Terms and Conditions for Sale of Equipment**

State the term remaining          **Indefinite.**

List the contract number of any government contract  _____

**Industrial Exchange Corp.**
 **Meadowlawn St.**
**Houston, TX 77023**

---

2.194.  State what the contract or lease is for and the nature of the debtor's interest          **Purchase Order**

State the term remaining

List the contract number of any government contract  _____

**Industrial Lubrication Services, LLC**
**415 S White Oak Rd**
**White Oak, TX 75693**

---

2.195.  State what the contract or lease is for and the nature of the debtor's interest          **Purchase Order**

State the term remaining

List the contract number of any government contract  _____

**International Alliance Group**
**3657 Briarpark**
**Houston, TX 77042**

---

2.196.  State what the contract or lease is for and the nature of the debtor's interest          **Purchase order general terms and conditions**

State the term remaining

List the contract number of any government contract  _____

**Intertek Technical Services**
**25025 I-45 North**
**Suite 111**
**Spring, TX 77380**

---

Debtor 1 **Juniper Specialty Products LLC**
First Name                Middle Name                Last Name

Case number *(if known)*    **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order and related terms and conditions** | |
|---|---|---|---|
| | State the term remaining | | **Jacobs Engineering Group Inc.** |
| | List the contract number of any government contract | | **1999 Bryan Street** **Suite 1200** **Dallas, TX 75201** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Jacobs Engineering Group Inc.** |
| | List the contract number of any government contract | | **1999 Bryan Street** **Suite 1200** **Dallas, TX 75201** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Jacobs Engineering Group Inc.** |
| | List the contract number of any government contract | | **1999 Bryan Street** **Suite 1200** **Dallas, TX 75201** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Jacobs Engineering Group Inc.** |
| | List the contract number of any government contract | | **1999 Bryan Street** **Suite 1200** **Dallas, TX 75201** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Jacobs Engineering Group Inc.** |
| | List the contract number of any government contract | | **1999 Bryan Street** **Suite 1200** **Dallas, TX 75201** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Jacobs Engineering Group Inc.** |
| | List the contract number of any | | **1999 Bryan Street** **Suite 1200** **Dallas, TX 75201** |

Debtor 1   **Juniper Specialty Products LLC**                                    Case number *(if known)*   **20-33109**
   First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | Jacobs Engineering Group Inc. |
| | List the contract number of any government contract | | 1999 Bryan Street<br>Suite 1200<br>Dallas, TX 75201 |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | |
|---|---|---|---|
| | State the term remaining | | Jay Rizzo |
| | List the contract number of any government contract | | 7002 Bent Branch Drive<br>Houston, TX 77088 |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | John H. Carter Inc. |
| | List the contract number of any government contract | | 17630 Perkins Road<br>Baton Rouge, LA 70810 |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | John H. Carter Inc. |
| | List the contract number of any government contract | | 17630 Perkins Road<br>Baton Rouge, LA 70810 |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | State the term remaining | | John H. Carter Inc. |
| | List the contract number of any government contract | | 17630 Perkins Road<br>Baton Rouge, LA 70810 |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order | |
|---|---|---|---|
| | | | John H. Carter Inc.<br>17630 Perkins Road<br>Baton Rouge, LA 70810 |

Debtor 1    **Juniper Specialty Products LLC**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

_____

---

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**John H. Carter Inc.**
**17630 Perkins Road**
**Baton Rouge, LA 70810**

---

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Johnson Controls Inc.**
**5757 N. Green Bay Ave**
**PO Box 591**
**Milwaukee, WI 53209**

---

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **ISDA 2002 Master Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**JP Morgan Ventures Energy Corp.**
**383 Madison Ave.**
**10th Floor**
**New York, NY 10017**

---

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **ISDA Master Agreement-- Guarantee** |
|---|---|---|

State the term remaining

**5 years after Effective Date.**

List the contract number of any government contract

_____

**JPMorgan Chase Bank, N.A.**
**PO Box 182051**
**Columbus, OH 43218**

---

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Kansas City Deaerator**
**6731 W 121st St.**
**Leawood, KS 66209**

---

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter** | |
|---|---|---|---|
| | State the term remaining | | **Kean Miller LLP** |
| | | | **400 Convention Street** |
| | List the contract number of any government contract | | **Suite 700** |
| | | | **Baton Rouge, LA 70821** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Kenneth Philip and Juniper Specialty Products LLC** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth Ratenbury Philip** |
| | | | **1 Kneeton Cottages** |
| | List the contract number of any government contract | | **Middleton Tyas** |
| | | | **Richmond** |
| | | | **North Yorkshore DI 10 6NL, UK** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kenneth Ratenbury Philip** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth Rayford** |
| | | | **3887 N Jasmine Drive** |
| | List the contract number of any government contract | | **Lake Charles, LA 70605** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Kinder Morgan** |
| | | | **145 Main Street** |
| | List the contract number of any government contract | | **Port Washington, NY 11050** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Kline & Company, Inc.** |
| | | | **35 Waterview Blvd** |
| | List the contract number of any | | **Parsippany, NJ 07054** |

| Debtor 1 | **Juniper Specialty Products LLC** | | Case number (*if known*) | **20-33109** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Knighthawk Engineering, Inc.** |
| | List the contract number of any government contract | | **17625 El Camino Real #412 Houston, TX 77058** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **MSA -- Work Release** | |
|---|---|---|---|
| | State the term remaining | **See Services Agreement.** | **Knighthawk Engineering, Inc.** |
| | List the contract number of any government contract | | **17625 El Camino Real #412 Houston, TX 77058** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to the Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **See Services Agreement.** | **Knighthawk Engineering, Inc.** |
| | List the contract number of any government contract | | **17625 El Camino Real #412 Houston, TX 77058** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kobelco Compressors Amerca, Inc.** |
| | List the contract number of any government contract | | **1415 Louisiana St. Suite 4111 Houston, TX 77002** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** | |
|---|---|---|---|
| | State the term remaining | | **Kobelco Compressors Amerca, Inc.** |
| | List the contract number of any government contract | | **1415 Louisiana St. Suite 4111 Houston, TX 77002** |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Field Service Terms and Conditions** | **Kobelco Compressors Amerca, Inc. 1415 Louisiana St. Suite 4111 Houston, TX 77002** |
|---|---|---|---|

Debtor 1  **Juniper Specialty Products LLC**

First Name      Middle Name      Last Name

Case number *(if known)*   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
     government contract   _____

---

2.226.   State what the contract or lease is for and the nature of the debtor's interest     **Equipment Terms**

State the term remaining

List the contract number of any
     government contract

**Koch-Glitsch LP**
**6748 Complex Dr**
**Baton Rouge, LA 70809**

---

2.227.   State what the contract or lease is for and the nature of the debtor's interest     **PAD for PO 10074**

State the term remaining

List the contract number of any
     government contract

**Koch-Glitsch LP**
**6748 Complex Dr**
**Baton Rouge, LA 70809**

---

2.228.   State what the contract or lease is for and the nature of the debtor's interest     **Purchase Order**

State the term remaining

List the contract number of any
     government contract

**Lake Area Office Products**
**P.O. Box 5391**
**Lake Charles, LA 70606**

---

2.229.   State what the contract or lease is for and the nature of the debtor's interest     **Purchase Order**

State the term remaining

List the contract number of any
     government contract

**Lard Oil Company of Acadiana**
**914 Florida Avenue SW**
**Denham Springs, LA 70726**

---

2.230.   State what the contract or lease is for and the nature of the debtor's interest     **Engineered Equipment Terms and Conditions**

State the term remaining     **Indefinite.**

List the contract number of any
     government contract

**Layne Christensen**
**1800 Hughes Landing Boulevard**
**Suite 700**
**Woodlands, TX 77380**

---

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.231.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10167**

State the term remaining

List the contract number of any government contract

**Layne Christensen**
**1800 Hughes Landing Boulevard**
**Suite 700**
**Woodlands, TX 77380**

---

**2.232.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10167 Rev 1**

State the term remaining

List the contract number of any government contract

**Layne Christensen**
**1800 Hughes Landing Boulevard**
**Suite 700**
**Woodlands, TX 77380**

---

**2.233.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Agreement - First Amendment**

State the term remaining — **See PSA.**

List the contract number of any government contract

**Leidos Engineering LLC  (at that time SA**

---

**2.234.** State what the contract or lease is for and the nature of the debtor's interest — **Professional Services Agreement**

State the term remaining

List the contract number of any government contract

**Leidos Engineering, LLC**
**11951 Freedom**
**Reston, VA 20190**

---

**2.235.** State what the contract or lease is for and the nature of the debtor's interest — **Various**

State the term remaining

List the contract number of any government contract

**Leidos Engineering, LLC**
**11951 Freedom**
**Reston, VA 20190**

---

**2.236.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any

**Leidos Engineering, LLC**
**11951 Freedom**
**Reston, VA 20190**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Juniper Specialty Products LLC**        Case number *(if known)*   **20-33109**

First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.237. | State what the contract or lease is for and for the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Levingston Group, LLC** |
| | List the contract number of any government contract | | **210 Teal Rd**<br>**Sulphur, LA 70665** |

| 2.238. | State what the contract or lease is for and for the nature of the debtor's interest | **MSA -- Work Release\*** | |
|---|---|---|---|
| | State the term remaining | | **Levingston Group, LLC** |
| | List the contract number of any government contract | | **210 Teal Rd**<br>**Sulphur, LA 70665** |

| 2.239. | State what the contract or lease is for and for the nature of the debtor's interest | **Schedule of Charges** | |
|---|---|---|---|
| | State the term remaining | **See MSA.** | **Levingston Group, LLC** |
| | List the contract number of any government contract | | **210 Teal Rd**<br>**Sulphur, LA 70665** |

| 2.240. | State what the contract or lease is for and for the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Linde Engineering North America, Inc.** |
| | List the contract number of any government contract | | **12140 Wickchester Lane**<br>**Suite 300**<br>**Houston, TX 77079** |

| 2.241. | State what the contract or lease is for and for the nature of the debtor's interest | **Terms and Conditions for Field Consulting Services Performed within USA** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | **Linde Engineering North America, Inc.** |
| | List the contract number of any government contract | | **12140 Wickchester Lane**<br>**Suite 300**<br>**Houston, TX 77079** |

| 2.242. | State what the contract or lease is for and for the nature of the debtor's interest | **Terms and Conditions for Sale of Equipment** | **Linde Engineering North America, Inc.**<br>**12140 Wickchester Lane**<br>**Suite 300**<br>**Houston, TX 77079** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Indefinite.**

List the contract number of any
government contract

---

2.243. State what the contract or lease is for and the nature of the debtor's interest

**Contract for Exemption of Ad Valorem Taxes**

State the term remaining

List the contract number of any government contract   **20161808**

**Louisiana Dept. of Economic Dev.
State of Louisiana
Attn: Don Pierson
P.O. Box 94185
Baton Rouge, LA 70804-9185**

---

2.244. State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Louisiana Radio Communications, Inc.
PO Box 3143
Lake Charles, LA 70602**

---

2.245. State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Louisiana Radio Communications, Inc.
PO Box 3143
Lake Charles, LA 70602**

---

2.246. State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Louisiana Radio Communications, Inc.
PO Box 3143
Lake Charles, LA 70602**

---

2.247. State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Louisiana Radio Communications, Inc.
PO Box 3143
Lake Charles, LA 70602**

---

Debtor 1   **Juniper Specialty Products LLC**                                     Case number (*if known*)   **20-33109**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.248.** State what the contract or lease is for and the nature of the debtor's interest | **Master Site License Agreement** |

State the term remaining | **Each license commences on Dec. 28, 2015 and ends per individual license specifies.  Agreement ends after expiration/termination of all Licenses.** |

List the contract number of any government contract | | **Lyondell Chemical Company**
**1221 McKinney**
**Suite 700**
**Houston, TX 77010**

**2.249.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |

State the term remaining

List the contract number of any government contract | | **Maplewood Industrial Services, LLC**
**5175 Maplewood Drive**
**Sulphur, LA 70663**

**2.250.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |

State the term remaining

List the contract number of any government contract | | **Maplewood Industrial Services, LLC**
**5175 Maplewood Drive**
**Sulphur, LA 70663**

**2.251.** State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |

State the term remaining

List the contract number of any government contract | | **Marie Cassens**
**15405 Glamorgan**
**Jersey Village, TX 77040**

**2.252.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |

State the term remaining

List the contract number of any government contract | | **Marimon Business Systems Inc**
**PO Box 40998**
**Houston, TX 77240**

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Mark Andrews
12514 Kingsride Lane
Houston, TX 77024**

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Matrix New World Engineering
26 Columbia Turnpike - 2nd Floor
Florham Park, NJ 07932**

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Matrix Service Inc.
5713 Superior Dr.
Suite A-2
Baton Rouge, LA 70816**

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Consent and Agreement** |
|---|---|---|

State the term remaining          **N/A**

List the contract number of any government contract

**Matrix Service Inc.
5713 Superior Dr.
Suite A-2
Baton Rouge, LA 70816**

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Max Sprague
444 E. Medical Center Blvd.
Apt. 1302
Webster, TX 77598**

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
|---|---|---|

State the term remaining

List the contract number of any

**Mettler-Toledo, LLC
1900 Polaris Parkway
Columbus, OH 43240**

Debtor 1   **Juniper Specialty Products LLC**                                    Case number *(if known)*   **20-33109**
_____
First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
|  | State the term remaining | | **Mettler-Toledo, LLC** |
|  | List the contract number of any government contract | | **1900 Polaris Parkway**<br>**Columbus, OH 43240** |

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
|  | State the term remaining | | **Meyer & Associates, Inc.** |
|  | List the contract number of any government contract | | **600 N. Cities Service Hwy**<br>**Sulphur, LA 70663** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Michael Roberts and RD Juniper LLC** | |
|---|---|---|---|
|  | State the term remaining | | **Michael Roberts** |
|  | List the contract number of any government contract | | **5818 Sackville Close**<br>**Humble, TX 77346** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
|  | State the term remaining | | **Micro Motion, Inc.** |
|  | List the contract number of any government contract | | **7070 Winchester Circle**<br>**Boulder, CO 80301** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
|  | State the term remaining | **Indefinite.** | **Middough, Inc.** |
|  | List the contract number of any government contract | | **1901 East 13th Street**<br>**Suite 400**<br>**Cleveland, OH 44114** |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | **Middough, Inc.**<br>**1901 East 13th Street**<br>**Suite 400**<br>**Cleveland, OH 44114** |
|---|---|---|---|

Debtor 1    **Juniper Specialty Products LLC**        Case number (*if known*)    **20-33109**

     First Name            Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mitsubishi Heavy Industries** |
| | List the contract number of any government contract | | **1221 McKinney**<br>**Suite 4520**<br>**Houston, TX 77010** |

---

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Mobile Mini Storage Solutions** |
| | List the contract number of any government contract | | **4646 East Van Buren**<br>**Phoenix, AZ 85008** |

---

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Monitor Tech Corp LLC** |
| | List the contract number of any government contract | | **661 N James Rd**<br>**Columbus, OH 43219** |

---

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **1) Engineered Equipment Terms and Conditions, supplemented by 2) Monitor Tech Corp. Standard Terms and Conditions. Indefinite.** | |
|---|---|---|---|
| | State the term remaining | | **Monitor Tech Corp LLC** |
| | List the contract number of any government contract | | **661 N James Rd**<br>**Columbus, OH 43219** |

---

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10097** | |
|---|---|---|---|
| | State the term remaining | | **Monitor Tech Corp LLC** |
| | List the contract number of any government contract | | **661 N James Rd**<br>**Columbus, OH 43219** |

Debtor 1    **Juniper Specialty Products LLC**          Case number *(if known)*    **20-33109**

First Name        Middle Name        Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10097 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | **Monitor Tech Corp LLC**<br>**661 N James Rd**<br>**Columbus, OH 43219** |
| | List the contract number of any government contract | | |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Moody Price LLC**<br>**18320 Petroleum Drive**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Munro's Safety Apparel**<br>**1520 Broadway**<br>**Beaumont, TX 77704** |
| | List the contract number of any government contract | | |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **XTLH Solution Excrow Agreement** | |
|---|---|---|---|
| | State the term remaining | **1 year,with automatic renewals (unless terminated by notice and/or non-payment).** | **NCC Group Escrow Associates LLC**<br>**123 Mission Street**<br>**9th Floor**<br>**Tulsa, OK 74105** |
| | List the contract number of any government contract | | |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Neil Boudreaux**<br>**5454 Chandler Avenue**<br>**Lake Charles, LA 70607** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor 1 | **Juniper Specialty Products LLC** | | Case number *(if known)* | **20-33109** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Newport Tank Containers (USA) LLC**<br>**1340 Depot Street**<br>**Rocky River, OH 44116** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Services Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | |
| | List the contract number of any government contract | | **Ohmstede Industrial Services**<br>**1750 Swisco Road**<br>**Sulphur, LA 70665** |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10112** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ohmstede Industrial Services**<br>**1750 Swisco Road**<br>**Sulphur, LA 70665** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10111** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ohmstede Industrial Services**<br>**1750 Swisco Road**<br>**Sulphur, LA 70665** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10147 Rev 2** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ohmstede Industrial Services**<br>**1750 Swisco Road**<br>**Sulphur, LA 70665** |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Indemnification Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Olin Corporation**<br>**3855 North Ocoee Street**<br>**Suite 200**<br>**Cleveland, TN 37312** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Juniper Specialty Products LLC**                                   Case number *(if known)*   **20-33109**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Environmental Agreement** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | **Olin Corporation**<br>**3855 North Ocoee Street**<br>**Suite 200**<br>**Cleveland, TN 37312** |
| | List the contract number of any government contract | | |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Operations Ownership Consultants and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | **Operations Ownership Consultants, LLC**<br>**13219 Golden Field Drive**<br>**Houston, TX 77059** |
| | List the contract number of any government contract | | |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Orion Instruments, LLC**<br>**2105 Oak Villa Blvd**<br>**Baton Rouge, LA 70815** |
| | List the contract number of any government contract | | |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **OSIsoft LLC**<br>**1600 Alvarado Street**<br>**San Leandro, CA 94577** |
| | List the contract number of any government contract | | |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Palmer Logistics**<br>**4033 Malone Dr**<br>**Pasadena, TX 77507** |
| | List the contract number of any government contract | | |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Services Agreement** | **Parfab Field Services LLC**<br>**11402 I-10 East Frontage Rd.**<br>**Baytown, TX 77523** |
|---|---|---|---|

Debtor 1   **Juniper Specialty Products LLC**
First Name                Middle Name                Last Name

Case number (*if known*)   **20-33109**


## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining   **Indefinite.**

List the contract number of any government contract  _____

---

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to the Construction Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | **Parfab Field Services LLC** |
| | List the contract number of any government contract | _____ | **11402 I-10 East Frontage Rd.** **Baytown, TX 77523** |

---

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **PAS Global, LLC** |
| | List the contract number of any government contract | _____ | **16055 Space Center Blvd.** **Suite 600** **Houston, TX 77062** |

---

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Perficient, INc.** |
| | List the contract number of any government contract | _____ | **555 Maryville University Dr., Ste. 600** **Saint Louis, MO 63141** |

---

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Peridot Energy LLC** |
| | List the contract number of any government contract | _____ | **3649 Hemlock Park Drive** **Kingsport, TN 37663** |

---

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Petroplan USA LLC** |
| | List the contract number of any government contract | _____ | **3151 Briarpark Drive, # 1250** **Houston, TX 77042** |

---

Debtor 1  **Juniper Specialty Products LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **20-33109**
_____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **Engineered Equipment Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | |
| | List the contract number of any government contract | | **Pinnacle Industries Ltd**<br>**407 Eagle Avenue**<br>**Pasadena, TX 77506** |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10051** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pinnacle Industries Ltd**<br>**407 Eagle Avenue**<br>**Pasadena, TX 77506** |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10051 Rev 2** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pinnacle Industries Ltd**<br>**407 Eagle Avenue**<br>**Pasadena, TX 77506** |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10051 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pinnacle Industries Ltd**<br>**407 Eagle Avenue**<br>**Pasadena, TX 77506** |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pinnacle Industries Ltd**<br>**407 Eagle Avenue**<br>**Pasadena, TX 77506** |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Polaris Safety & Risk LLC**<br>**5717 Arabelle Crest**<br>**Houston, TX 77007** |
| | List the contract number of any | | |

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| **2.298.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| State the term remaining | | **Polaris Safety & Risk LLC**<br>**5717 Arabelle Crest**<br>**Houston, TX 77007** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.299.** State what the contract or lease is for and the nature of the debtor's interest | **Product Supply Agreement between Praxair, Inc. and Juniper Specialty Products, LLC** | |
| State the term remaining | | **Praxair, Inc.**<br>**P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.300.** State what the contract or lease is for and the nature of the debtor's interest | **Settlement Letter from Holley O'Donnell of Praxair to Stephen Hoffpauir of Juniper "RE: Settlement Regarding Costs Incurred by [Juniper] Associated with the Hydrogen Valve Change and Product Supply Agreement ?"** | |
| State the term remaining | | **Praxair, Inc.**<br>**P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.301.** State what the contract or lease is for and the nature of the debtor's interest | **Temporary Access Agreement\*** | |
| State the term remaining | | **Praxair, Inc.**<br>**P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.302.** State what the contract or lease is for and the nature of the debtor's interest | **Plant Sale Agreement** | |
| State the term remaining | **N/A** | **Praxair, Inc.**<br>**P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |

Debtor 1   **Juniper Specialty Products LLC**                                   Case number (*if known*)   **20-33109**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

---

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Pipeline Hydrogen Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Praxair, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |

---

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **Product Supply Agreement (nitrogen)** | |
|---|---|---|---|
| | State the term remaining | **Basic term (7 years after First Delivery and will renew unless notice provided.** | **Praxair, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |

---

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **Product Rider (nitrogen)** | |
|---|---|---|---|
| | State the term remaining | **See product supply agreement.** | **Praxair, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |

---

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **Commissioning Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Later of (1) Dec. 31, 2014; (2) date Final Payment is due and payable; (3) cancelled by Juniper.** | **Praxair, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |

---

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Praxair, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 1986**<br>**10 Riverview Drive**<br>**Danbury, CT 06810-1986** |

---

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.308.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Order**

**Praxair, Inc.**
**P.O. Box 1986**
**10 Riverview Drive**
**Danbury, CT 06810-1986**

---

**2.309.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Consulting Services Terms and Conditions***

**Primatech, Inc.**
**11111 Katy Freeway**
**Suite 910**
**Houston, TX 77079**

---

**2.310.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**PAD for PO 10024**

**Primatech, Inc.**
**11111 Katy Freeway**
**Suite 910**
**Houston, TX 77079**

---

**2.311.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**PAD for PO 10024 Rev 2**

**Primatech, Inc.**
**11111 Katy Freeway**
**Suite 910**
**Houston, TX 77079**

---

**2.312.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purchase Order**

**Prime Controls LP**

---

**2.313.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

**Purchase Order**

**Prime Controls LP**

---

Debtor 1   **Juniper Specialty Products LLC**

First Name            Middle Name            Last Name

Case number *(if known)*   **20-33109**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 years after the Effective Date.** | **Pro Trans Logistics Inc.** <br> **1256 Greens Pkwy** <br> **#100** <br> **Houston, TX 77067** |
| | List the contract number of any government contract | | |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Process Technical Services, Inc** <br> **14550 Torrey Chase Blvd** <br> **#220** <br> **Houston, TX 77014** |
| | List the contract number of any government contract | | |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Providence Engineering & Environmental** <br> **1201 Main Street** <br> **Baton Rouge, LA 70802** |
| | List the contract number of any government contract | | |

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Providence Engineering & Environmental** <br> **1201 Main Street** <br> **Baton Rouge, LA 70802** |
| | List the contract number of any government contract | | |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pyramid Instrumentation & Electric Corp.** <br> **5090 Richmond Ave.** <br> **Houston, TX 77056** |
| | List the contract number of any government contract | | |

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-33109**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quadax Valves Inc**<br>**1518 Grundy's Lane**<br>**Bristol, PA 19007** |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rawson Inc**<br>**P.O. Box 924288**<br>**Houston, TX 77292** |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rawson Inc**<br>**P.O. Box 924288**<br>**Houston, TX 77292** |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rawson Inc**<br>**P.O. Box 924288**<br>**Houston, TX 77292** |

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | **Product Sale and Purchase Contract** | |
|---|---|---|---|
| | State the term remaining | **???** | |
| | List the contract number of any government contract | | **RB Products, Inc.**<br>**740 Bradfield Rd**<br>**Houston, TX 77060** |

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | **Offtake Agreement** | |
|---|---|---|---|
| | State the term remaining | **Primary term from Commencement Date to 2021-03-14** | **RB Products, Inc.**<br>**740 Bradfield Rd**<br>**Houston, TX 77060** |

Debtor 1 **Juniper Specialty Products LLC**

First Name   Middle Name   Last Name

Case number *(if known)* **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

---

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement between ReCon Management Services, Inc. and RD Juniper LLC dated December 9, 2016** | |
|---|---|---|---|
| | State the term remaining | | **ReCon Management Services, Inc.** |
| | List the contract number of any government contract _____ | | **1907 Ruth Street** **Sulphur, LA 70663** |

---

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **ReCon Management Services, Inc.** |
| | List the contract number of any government contract _____ | | **1907 Ruth Street** **Sulphur, LA 70663** |

---

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **ReCon Management Services, Inc.** |
| | List the contract number of any government contract _____ | | **1907 Ruth Street** **Sulphur, LA 70663** |

---

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **ReCon Management Services, Inc.** |
| | List the contract number of any government contract _____ | | **1907 Ruth Street** **Sulphur, LA 70663** |

---

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement** | |
|---|---|---|---|
| | State the term remaining | **Not stated.** | **Regions Insurance, Inc.** |
| | List the contract number of any government contract _____ | | **6000 Poplar Ave.** **Suite 300** **Memphis, TN 38119** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Juniper Specialty Products LLC**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-33109**

    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.330.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Rentech Boiler Systems Inc..**
**5025A E. Business 20**
**Abilene, TX 79601**

---

**2.331.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Terms**

State the term remaining — **Indefinite.**

List the contract number of any government contract

**Revak Engineering, Inc.**
**20 Bay Harbor**
**La Porte, TX 77571**

---

**2.332.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10001**

State the term remaining

List the contract number of any government contract

**Revak Engineering, Inc.**
**20 Bay Harbor**
**La Porte, TX 77571**

---

**2.333.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 968 Rev 1**

State the term remaining

List the contract number of any government contract

**Revak Engineering, Inc.**
**20 Bay Harbor**
**La Porte, TX 77571**

---

**2.334.** State what the contract or lease is for and the nature of the debtor's interest — **Forbearance Agreement**

State the term remaining — **Termination upon stated events.**

List the contract number of any government contract

**Revak Engineering, Inc.**
**20 Bay Harbor**
**La Porte, TX 77571**

---

**2.335.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any

**Revak Keene Turbomachinery LP**
**20 Bay Harbor Dr.**
**La Porte, TX 77571**

Debtor 1    **Juniper Specialty Products LLC**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-33109**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering, Procurement and Construction Contract [EPC] Indefinite** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Design Services, Inc. 750 Pearl Street Beaumont, TX 77701** |
| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to Engineering, Procurement and Construction Contract See EPC.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Design Services, Inc. 750 Pearl Street Beaumont, TX 77701** |
| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 902** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Design Services, Inc. 750 Pearl Street Beaumont, TX 77701** |
| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 902 Rev 1** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Design Services, Inc. 750 Pearl Street Beaumont, TX 77701** |
| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | **Service Release No. 1** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Design Services, Inc. 750 Pearl Street Beaumont, TX 77701** |
| 2.341. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 902 Rev 2** | **Richard Design Services, Inc. 750 Pearl Street Beaumont, TX 77701** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Juniper Specialty Products LLC**                                          Case number (*if known*)  **20-33109**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.342. | State what the contract or lease is for and the nature of the debtor's interest | PAD for PO 902 Rev 3 |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Richard Design Services, Inc.<br>750 Pearl Street<br>Beaumont, TX 77701 |

| 2.343. | State what the contract or lease is for and the nature of the debtor's interest | PAD for PO 902 Rev 4 |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Richard Design Services, Inc.<br>750 Pearl Street<br>Beaumont, TX 77701 |

| 2.344. | State what the contract or lease is for and the nature of the debtor's interest | PAD for PO 902 Rev 5 |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Richard Design Services, Inc.<br>750 Pearl Street<br>Beaumont, TX 77701 |

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | PAD for PO 10091 |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Richard Design Services, Inc.<br>750 Pearl Street<br>Beaumont, TX 77701 |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Richard Nelson<br>809 Kansas Street<br>Carol Stream, IL 60188 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-33109**

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **Services T&Cs*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rivers Fence Co., Inc.<br>5120 US-90<br>Lake Charles, LA 70615 |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Roger Thompson<br>12630 Ranger Ct<br>Magnolia, TX 77354 |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **Engineered Equipment Terms and Conditions*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rosemount Inc<br>8200 Market Blvd<br>Chanhassen, MN 55317 |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10142** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rosemount Inc<br>8200 Market Blvd<br>Chanhassen, MN 55317 |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10161** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rosemount Inc<br>8200 Market Blvd<br>Chanhassen, MN 55317 |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10161 Rev 1** | |
| | State the term remaining | | |
| | List the contract number of any | | Rosemount Inc<br>8200 Market Blvd<br>Chanhassen, MN 55317 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Juniper Specialty Products LLC**

First Name    Middle Name    Last Name

Case number *(if known)*    **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Rosemount Inc** |
| | List the contract number of any government contract | | **8200 Market Blvd** |
| | | | **Chanhassen, MN 55317** |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Rural/ Metro Fire Dept., Inc.** |
| | List the contract number of any government contract | | **65 N. Pima Rd.** |
| | | | **Scottsdale, AZ 85258** |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | **Industrial Water Sale Agreement between Sabine River Authority, State of Louisiana and Juniper Specialty Products LLC dated Dec. 4, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Sabine River Authority** |
| | List the contract number of any government contract | | **Executive Director** |
| | | | **15091 Texas Highway** |
| | | | **Many, LA 71449** |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Sabine River Authority of LA** |
| | List the contract number of any government contract | | **15091 Texas Hwy** |
| | | | **Many, LA 71449** |

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Safety Concepts LLC** |
| | List the contract number of any government contract | | **2849 Bergstedt Rd** |
| | | | **Sulphur, LA 70665** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Juniper Specialty Products LLC | | | Case number (*if known*) | 20-33109 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Safety Controls, Inc** |
| | List the contract number of any government contract | | **P.O. Box 61280**<br>**Lafayette, LA 70596** |

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Safety Controls, Inc** |
| | List the contract number of any government contract | | **P.O. Box 61280**<br>**Lafayette, LA 70596** |

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Safety Controls, Inc** |
| | List the contract number of any government contract | | **P.O. Box 61280**<br>**Lafayette, LA 70596** |

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Satellite Shelters, Inc. - Houston** |
| | List the contract number of any government contract | | **18500 Van Rd.**<br>**Houston, TX 77049** |

| 2.362. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Schneider Electric IT USA, Inc. DBA Guto** |
| | List the contract number of any government contract | | **132 Fairgrounds Road**<br>**West Kingston, RI 02892** |

| 2.363. | State what the contract or lease is for and the nature of the debtor's interest | **Product Sale and Purchase Contract** | |
|---|---|---|---|
| | State the term remaining | **Primary term is 72 months after Commencement Date.** | **Schumann/Steier Inc. (SSI)**<br>**2000 West Loop South**<br>**Suite 2100**<br>**Houston, TX 77027** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Juniper Specialty Products LLC**                                    Case number (*if known*)   **20-33109**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| List the contract number of any government contract | _____ | |

| 2.364. | State what the contract or lease is for and the nature of the debtor's interest | **Offtake Agreement - Amendment** | |
|---|---|---|---|
| | State the term remaining | **Primary term is 72 months after Commencement Date.** | **Schumann/Steier Inc. (SSI) 2000 West Loop South Suite 2100 Houston, TX 77027** |
| | List the contract number of any government contract | | |

| 2.365. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms\*** | |
|---|---|---|---|
| | State the term remaining | | **Schutte & Koerting Acquisition Company / 2510 Metropolitan Drive Trevose, PA 19053** |
| | List the contract number of any government contract | | |

| 2.366. | State what the contract or lease is for and the nature of the debtor's interest | **PO 10099** | |
|---|---|---|---|
| | State the term remaining | | **Schutte & Koerting Acquisition Company / 2510 Metropolitan Drive Trevose, PA 19053** |
| | List the contract number of any government contract | | |

| 2.367. | State what the contract or lease is for and the nature of the debtor's interest | **Security Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated in writing.** | **Securitas Security Services USA, Inc 751 E. Bayou Pines Lake Charles, LA 70601** |
| | List the contract number of any government contract | | |

| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Setpoint Integrated Solutions, Inc. 19011 Highland Rd Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Setpoint Integrated Solutions, Inc.**<br>**19011 Highland Rd**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Setpoint Integrated Solutions, Inc.**<br>**19011 Highland Rd**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Setpoint Integrated Solutions, Inc.**<br>**19011 Highland Rd**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Setpoint Integrated Solutions, Inc.**<br>**19011 Highland Rd**<br>**Baton Rouge, LA 70809** |
| | List the contract number of any government contract | | |

| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | **Support Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until 2016-03-31, unless extended.** | **SGC Energia Co LLC**<br>**c/o York Capital Management**<br>**767 Fifth Ave., 17th Floor**<br>**New York, NY 10153** |
| | List the contract number of any government contract | | |

| 2.374. | State what the contract or lease is for and the nature of the debtor's interest | **Services and Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | **1 year.** | **SGC Energia Co LLC**<br>**c/o York Capital Management**<br>**767 Fifth Ave., 17th Floor**<br>**New York, NY 10153** |
| | List the contract number of any | | |

Official Form 206G       Schedule G: Executory Contracts and Unexpired Leases       Page 68 of 81

Debtor 1   **Juniper Specialty Products LLC**

First Name        Middle Name        Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.375. | State what the contract or lease is for and the nature of the debtor's interest | **XTLH License, Supply and Services Agreement** | |
| | State the term remaining | | **SGC Energia Co LLC** |
| | List the contract number of any government contract | | **c/o York Capital Management 767 Fifth Ave., 17th Floor New York, NY 10153** |

| 2.376. | State what the contract or lease is for and the nature of the debtor's interest | **Master Secondment Agreement** | |
| | State the term remaining | **1 year with right to extend.** | **SGC Energia Co LLC** |
| | List the contract number of any government contract | | **c/o York Capital Management 767 Fifth Ave., 17th Floor New York, NY 10153** |

| 2.377. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to the XTLH Solution License, Supply and Services Agreement See XTLH License.** | |
| | State the term remaining | | **SGC Energia S.A. Estrada de Alfragide 67-Alfrapark - Edificio SGC Amadora, Portugal** |
| | List the contract number of any government contract | | |

| 2.378. | State what the contract or lease is for and the nature of the debtor's interest | **Support Services Agreement between SGCE Energia Co LLC and RD Juniper LLC** | |
| | State the term remaining | | **SGCE Energia Co LLC 120 N. Munger St. Pasadena, TX 77506** |
| | List the contract number of any government contract | | |

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | **Support Services Agreement dated April 1, 2018 with SGCE LLC. Includes lease of part of premises at 120 N. Munger, as well as support services** | |
| | State the term remaining | | **SGCE LLC 120 N. Munger St Pasadena, TX 77506** |
| | List the contract number of any government contract | | |

Debtor 1  **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Shanghai Incha Trading Company**<br>**9565 Hu Qing Ping Road**<br>**Rm 1416, Sect D**<br>**Level 1, Bldg 1, Shanghai China** |
| | List the contract number of any government contract | | |

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Indefinite** | **Smith Tank & Equipment Company**<br>**9887 US-271**<br>**Tyler, TX 75708** |
| | List the contract number of any government contract | | |

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10052** | |
|---|---|---|---|
| | State the term remaining | | **Smith Tank & Equipment Company**<br>**9887 US-271**<br>**Tyler, TX 75708** |
| | List the contract number of any government contract | | |

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | **Smithco Engineering**<br>**9660 Grumwald Road**<br>**Beasley, TX 77417** |
| | List the contract number of any government contract | | |

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | **SPX Cooling Technologies, Inc.**<br>**191 Highway 98 West**<br>**Tylertown, MS 39667** |
| | List the contract number of any government contract | | |

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10106** | |
|---|---|---|---|
| | State the term remaining | | **SPX Cooling Technologies, Inc.**<br>**191 Highway 98 West**<br>**Tylertown, MS 39667** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Juniper Specialty Products LLC**                          Case number (*if known*)   **20-33109**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10106 Rev 1** |  |
|---|---|---|---|
|  | State the term remaining |  | **SPX Cooling Technologies, Inc.** |
|  | List the contract number of any government contract |  | **191 Highway 98 West**<br>**Tylertown, MS 39667** |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10106 Rev 2** |  |
|---|---|---|---|
|  | State the term remaining |  | **SPX Cooling Technologies, Inc.** |
|  | List the contract number of any government contract |  | **191 Highway 98 West**<br>**Tylertown, MS 39667** |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms** |  |
|---|---|---|---|
|  | State the term remaining | **Indefinite** | **SteelTek, Inc.** |
|  | List the contract number of any government contract |  | **Attn: Linsay Carter**<br>**4141 S. Jackson Ave.**<br>**Tulsa, OK 74107** |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10034** |  |
|---|---|---|---|
|  | State the term remaining |  | **Steeltek, Inc.** |
|  | List the contract number of any government contract |  | **4141 South Jackson**<br>**Tulsa, OK 74107** |

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10034 Rev 1** |  |
|---|---|---|---|
|  | State the term remaining |  | **Steeltek, Inc.** |
|  | List the contract number of any government contract |  | **4141 South Jackson**<br>**Tulsa, OK 74107** |

| 2.391. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10058** |  |
|---|---|---|---|
|  |  |  | **Steeltek, Inc.**<br>**4141 South Jackson**<br>**Tulsa, OK 74107** |

Debtor 1    **Juniper Specialty Products LLC**
First Name      Middle Name      Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.392. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10058 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | **Steeltek, Inc.** |
| | List the contract number of any government contract | | **4141 South Jackson** |
| | | | **Tulsa, OK 74107** |

---

| 2.393. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10034 Rev 2** | |
|---|---|---|---|
| | State the term remaining | | **Steeltek, Inc.** |
| | List the contract number of any government contract | | **4141 South Jackson** |
| | | | **Tulsa, OK 74107** |

---

| 2.394. | State what the contract or lease is for and the nature of the debtor's interest | **Research Agreement between Stellenbosch University and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | **Stellenbosch University** |
| | List the contract number of any government contract | | **Private Bag X1, Matieland, Stellenbosch, 7602, South Africa** |

---

| 2.395. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stephen Jones** |
| | List the contract number of any government contract | | **3222 Rustic Villa** |
| | | | **Kingwood, TX 77345** |

---

| 2.396. | State what the contract or lease is for and the nature of the debtor's interest | **Terminal Services Agreement between Stolthaven New Orleans LLC and Juniper Specialty Products LLC dated July 20, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Stolthaven New Orleans LLC** |
| | List the contract number of any government contract | | **2444 English Turn Road** |
| | | | **Braithwaite, LA 70040** |

---

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.397.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Stolthaven New Orleans LLC**
**2444 English Turn Road**
**Braithwaite, LA 70040**

---

**2.398.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Terms***

State the term remaining

List the contract number of any government contract

**Sulzer Chemtech USA, Inc.**
**106 New W Dr.**
**Pasadena, TX 77507**

---

**2.399.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10114**

State the term remaining

List the contract number of any government contract

**Sulzer Chemtech USA, Inc.**
**106 New W Dr.**
**Pasadena, TX 77507**

---

**2.400.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Terms**

State the term remaining

List the contract number of any government contract

**Sundyne Corporation c/o Oliver Equipment**
**4620 Brittmoore Rd.**
**Houston, TX 77041-1000**

---

**2.401.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10008 Rev 1**

State the term remaining

List the contract number of any government contract

**Sundyne Corporation c/o Oliver Equipment**
**4620 Brittmoore Rd.**
**Houston, TX 77041-1000**

---

**2.402.** State what the contract or lease is for and the nature of the debtor's interest — **PAD for PO 10053**

**Sundyne Corporation c/o Oliver Equipment**
**4620 Brittmoore Rd.**
**Houston, TX 77041-1000**

State the term remaining

Debtor 1   **Juniper Specialty Products LLC**

First Name            Middle Name            Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

---

| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10053 Rev 1** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sundyne Corporation c/o Oliver Equipment**<br>**4620 Brittmoore Rd.**<br>**Houston, TX 77041-1000** |

---

| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10008 Rev 2** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sundyne Corporation c/o Oliver Equipment**<br>**4620 Brittmoore Rd.**<br>**Houston, TX 77041-1000** |

---

| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **Engineered Equipment Terms and Conditions re: PO 10008** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sundyne Corporation c/o Oliver Equipment**<br>**4620 Brittmoore Rd.**<br>**Houston, TX 77041-1000** |

---

| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **Natural Gas Supply Agreement** |
|---|---|---|
| | State the term remaining | **11/30/2019** |
| | List the contract number of any government contract | **Targa Midstream Services LLC**<br>**811 Louisiana St.**<br>**Houston, TX 77002** |

---

| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **Reimbursement Agreement** |
|---|---|---|
| | State the term remaining | **Indefinite** |
| | List the contract number of any government contract | **Targa Midstream Services LLC**<br>**811 Louisiana St.**<br>**Houston, TX 77002** |

---

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.408. | State what the contract or lease is for and the nature of the debtor's interest | **First Amendment to Natural Gas Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | **See Natural Gas Supply Agreement.** | **Targa Midstream Services LLC** |
| | List the contract number of any government contract | | **811 Louisiana St.** |
| | | | **Houston, TX 77002** |

| 2.409. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase order general terms and conditions** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TB Jones LLC** |
| | | | **1025 Ashland** |
| | | | **Channelview, TX 77530** |

| 2.410. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Team Industrial Services, Inc.** |
| | | | **215 N Beglis Parkway** |
| | | | **Sulphur, LA 70663** |

| 2.411. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement between Tellepsen Industrials, LLC and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | **Tellepsen Industrials, LLC** |
| | List the contract number of any government contract | | **3508 East Pasadena Parkway** |
| | | | **Pasadena, TX 77503** |

| 2.412. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement between Terry Russell and RD Juniper LLC** | |
|---|---|---|---|
| | State the term remaining | | **Terry Russell** |
| | List the contract number of any government contract | | **PO Box 1009** |
| | | | **Buchanan Dam, TX 78609** |

| 2.413. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **Testengeer, Inc.** |
| | | | **PO Box 557** |
| | | | **Port Lavaca, TX 77979** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Juniper Specialty Products LLC**
First Name          Middle Name          Last Name

Case number (*if known*)  **20-33109**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract _____

---

2.414.  State what the contract or lease is for and the nature of the debtor's interest     **Purchase Order**

State the term remaining

List the contract number of any government contract _____

**Testengeer, Inc.**
**PO Box 557**
**Port Lavaca, TX 77979**

---

2.415.  State what the contract or lease is for and the nature of the debtor's interest     **Terms and Conditions**

State the term remaining     **Indefinite.**

List the contract number of any government contract _____

**Thermal Engineering International (TEI)**
**10375 Slusher Drive**
**Santa Fe Springs, CA 90670**

---

2.416.  State what the contract or lease is for and the nature of the debtor's interest     **Consulting Agreement**

State the term remaining

List the contract number of any government contract _____

**Tiffany Calderon**
**4259 Armand View Dr**
**Pasadena, TX 77505**

---

2.417.  State what the contract or lease is for and the nature of the debtor's interest     **Purchase Order**

State the term remaining

List the contract number of any government contract _____

**Total Plant Management Group Inc**
**6919 Mayard**
**Houston, TX 77041**

---

2.418.  State what the contract or lease is for and the nature of the debtor's interest     **Purchase Order**

State the term remaining

List the contract number of any government contract _____

**Total Plant Management Group Inc**
**6919 Mayard**
**Houston, TX 77041**

---

Debtor 1    **Juniper Specialty Products LLC**                                    Case number (*if known*)    **20-33109**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Triad Electric & Controls, Inc.** |
| | List the contract number of any government contract | | **1721 W 13th St.**<br>**Deer Park, TX 77536** |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Triad Electric & Controls, Inc.** |
| | List the contract number of any government contract | | **1721 W 13th St.**<br>**Deer Park, TX 77536** |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **Indefinite.** | **U.S. Metals, Inc.** |
| | List the contract number of any government contract | | **19102 Grundle Rd.**<br>**Houston, TX 77073** |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10164** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Metals, Inc.** |
| | List the contract number of any government contract | | **19102 Grundle Rd.**<br>**Houston, TX 77073** |

| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10170** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Metals, Inc.** |
| | List the contract number of any government contract | | **19102 Grundle Rd.**<br>**Houston, TX 77073** |

| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10164 Rev 1** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Metals, Inc.** |
| | List the contract number of any | | **19102 Grundle Rd.**<br>**Houston, TX 77073** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Juniper Specialty Products LLC**

First Name _____ Middle Name _____ Last Name

Case number (*if known*)   **20-33109**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |

| 2.425. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **United Office Supply & Equipment Co, Inc** |
| | List the contract number of any government contract | | **4005 Maplewood Dr.** |
| | | | **Sulphur, LA 70663** |

| 2.426. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Terms\*** | |
| | State the term remaining | | **Universal Acoustic & Emission Technologi** |
| | List the contract number of any government contract | | **P.O. Box 411** |
| | | | **1925 Highway 51-138** |
| | | | **Mc Farland, WI 53558-9000** |

| 2.427. | State what the contract or lease is for and the nature of the debtor's interest | **PAD for PO 10088** | |
| | State the term remaining | | **Universal Acoustic & Emission Technologi** |
| | List the contract number of any government contract | | **P.O. Box 411** |
| | | | **1925 Highway 51-138** |
| | | | **Mc Farland, WI 53558-9000** |

| 2.428. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **University of Stellenbosch** |
| | List the contract number of any government contract | | **Private Bag X1** |
| | | | **Matieland** |
| | | | **7602 South Africa** |

| 2.429. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **Vanec** |
| | List the contract number of any government contract | | **3331 N. Interstate-35** |
| | | | **Gainesville, TX 76240** |

| 2.430. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | **Versa Integrity Group, Inc.** |
| | | | **4301 Highway 27 South** |
| | | | **Sulphur, LA 70665** |

Debtor 1   **Juniper Specialty Products LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-33109**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining | **5 years from Effective Date.**

List the contract number of any government contract

---

**2.431.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement**

State the term remaining

List the contract number of any government contract | **Waste Management of Lake Charles P.O. Box 55558 Boston, MA 02205**

---

**2.432.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order**

State the term remaining

List the contract number of any government contract | **Waste Management of Lake Charles P.O. Box 55558 Boston, MA 02205**

---

**2.433.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order**

State the term remaining

List the contract number of any government contract | **Waste Management of Lake Charles P.O. Box 55558 Boston, MA 02205**

---

**2.434.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order**

State the term remaining

List the contract number of any government contract | **Wastewater Specialties, Inc. 2205 Industrial Drive Sulphur, LA 70665**

---

**2.435.** State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order**

State the term remaining

List the contract number of any government contract | **Wayne Wicks Security Advisors, Inc. 110 N. Broadway LaPorte, TX 77571**

---

Debtor 1   **Juniper Specialty Products LLC**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**20-33109**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.436.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase Order**

State the term remaining

List the contract number of any government contract

**Weiser Security Services, Inc.**
**3939 Tulane Avenue**
**New Orleans, LA 70119**

---

**2.437.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Weld Spec Inc.**
**Attn: Rick Hardy**
**3314 Highway 69 South**
**Lumberton, TX 77657**

---

**2.438.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement**

State the term remaining

List the contract number of any government contract

**Wendy Harper Consulting**
**3766 Gray Market Drive**
**Lake Charles, LA 70605-5000**

---

**2.439.** State what the contract or lease is for and the nature of the debtor's interest — **Engineered Equipment Terms and Conditions**

State the term remaining — **Indefinite.**

List the contract number of any government contract

**Wesco Distribution, Inc.**
**225 West Station Square Drive**
**Suite 700**
**Pittsburgh, PA 15219**

---

**2.440.** State what the contract or lease is for and the nature of the debtor's interest — **Engineered Equipment Terms and Conditions**

State the term remaining — **Indefinite.**

List the contract number of any government contract

**Wholesale Electric Supply Co.**
**2916 E. Napoleon Street**
**Sulphur, LA 70663**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Juniper Specialty Products LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-33109**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.441.** State what the contract or lease is for and the nature of the debtor's interest

**XTLH Solution License Supply and Services Agreement. Agreement's term ends 20 years after Acceptance. ("Acceptance" is after plant, which is under construction, is completed).**

State the term remaining

List the contract number of any government contract

**XTLH Solution License Supply**

**2.442.** State what the contract or lease is for and the nature of the debtor's interest

**Yokogawa standard terms and conditions**

State the term remaining   **Indefinite.**

List the contract number of any government contract

**Yokogawa Corporation of America
1320 West Airport Blvd.
Sugar Land, TX 77478**

**2.443.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Yokogawa Corporation of America
1320 West Airport Blvd.
Sugar Land, TX 77478**

**2.444.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract

**Yokogawa Corporation of America
1320 West Airport Blvd.
Sugar Land, TX 77478**

**2.445.** State what the contract or lease is for and the nature of the debtor's interest

**Consulting Agreement**

State the term remaining

List the contract number of any government contract

**Yolanda Howe
273 Dove Meadow Drive
Conroe, TX 77384**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Juniper Specialty Products LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-33109**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

|      | Name | Mailing Address | | | Name | Check all schedules that apply: |
|------|------|-----------------|--|--|------|---------------------------------|
| 2.1  |      | Street | | | | ☐ D ☐ E/F ☐ G |
|      |      | City    State    Zip Code | | | | |
| 2.2  |      | Street | | | | ☐ D ☐ E/F ☐ G |
|      |      | City    State    Zip Code | | | | |
| 2.3  |      | Street | | | | ☐ D ☐ E/F ☐ G |
|      |      | City    State    Zip Code | | | | |
| 2.4  |      | Street | | | | ☐ D ☐ E/F ☐ G |
|      |      | City    State    Zip Code | | | | |