# EXHIBIT-2

# SGCE LLC

SGCE Insurance Summary - Fiscal Year 2019-2020

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | SGCE | Flood - Office Bldg. | Issuing Company Hartford Insurance Company of the Midwest | Policy Number- xxxxxxxxxx2019 | 05/29/2019 to 05/29/2020 | $500,000 - Building | Each Occurrence | $1,770.00 Premium | $1,770.00 |
| Aon | SGCE | TX Workers Comp | Issuing Company Texas Mutual Insurance Co | Policy Number- xxxxx36300 | 10/01/2019 To 10/01/2020 | Limit(s)<br><br>$1,000,000<br>$1,000,000<br>$1,000,000 | Workers Compensation: Statutory Employers Liability: Bodily Injury by Accident – Each Accident<br>Bodily Injury by Disease – Each Employee<br>Bodily Injury by Disease – Policy Limit | $348.00 Premium | $348.00 |
| Aon | SGCE | General Liability | Issuing Company – Crum & Foster Specialty Insurance Company | Policy Number – xxx-xxx309 | 10/01/2019 To 10/01/2020 | $1,000,000<br>$2,000,000<br>$2,000,000<br>$1,000,000<br>$     50,000<br>$       5,000<br>$1,000,000<br>$1,000,000<br>$1,000,000<br>**Deductibles**<br>$5,000 Bodily Injury & Property Damage<br>$5,000 Contractors Pollution Liability<br>$10,000 E&O Liability | Each Occurrence General Aggregate Products/Completed Operations Aggregate Personal Injury Aggregate Damages to Premises Rented to You<br>Medical Payments<br>Contractor's Pollution Liability<br>Errors & Omissions Liability<br>Hired and Non-Owned Auto Liability | $5,140.00 Premium<br>$    256.57 Surplus Lines Tax<br>$        7.48 Stamping Office Fee<br>$    150.00 Policy Fee<br>$5,554.51 Total | $5,554.51 |

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | SGCE | Property | Issuing Company – Underwriters at Lloyd's London | Policy Number – xxx-xxxxx1157 | 10/01/2019 To 10/01/2020 | $ 3,835,000<br>$    150,000<br>$ 1,009,479<br>$    100,000<br>Sub-limits<br>$ 5,000.000<br>$ 5,000,000<br>$      25,000<br>$      25,000<br>$    100,000<br>$      25,000<br>Deductibles<br>$ 5,000<br>$50,000<br>3 days (72 hours)<br>$5,000,<br>$5,000<br>$1,000<br>$5,000<br>$50,000<br>$50,000<br>$1,000<br>$1,000<br>3% subject to $50,000 Minimum<br>$50,000 | Building and Personal Property<br>Business Income w/Extra Expense<br>Contractor Equipt.: Scheduled<br>Contractor Equipt.: Borrowed, Leased, Rented<br>Sub-limits<br>Earthquake<br>Flood<br>Accounts Receivable<br>Valuable Papers<br>Annual Transit<br>Computer Systems (Equipment, Data, Media)<br>Deductibles<br>Building and Personal Property Except: Building Loc #1 Bldg. #2<br>Business Income w/ Extra Expense<br>Contractors Equipment - Borrowed, Leased, Rented<br>Contractors Equipment - Scheduled<br>Contractors Systems (Equipment, Data, Media)<br>Annual Transit<br>Earthquake<br>Flood<br>Accounts Receivable<br>Valuable Papers<br>Named Stormed Except: Wind/Hail | $33,114.00 Premium<br>$ 1,630.28 Surplus<br>$      50.42 Stamping<br>$    500.00 Policy Fee<br>$35,294.70 Total | $35,294.70 |

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | SGCE | Excess Liability $1M Lead Excess | Issuing Company Crum & Foster Specialty Insurance Company | Policy Number xxx-xxx576 | 10/01/2018 To 10/01/2019 | $1,000,000 $1,000,000 | Each Occurrence Policy Aggregate | $5,000.00 Premium $ 242.50 Surplus Line Tax $ 7.50 Stamping Fee $5,250.00 Total | $5,250.00 |
| Aon | SGCE/JSP | D&O | Atlantic Specialty Insurance Company | Policy Number - xxx-xxxx8-19 | 11/01/2019 to 11/01/2020 | $1,000,000 Shared limit of liability shared with EPL and FLI $ 100,000 Clause B Deductible $ 100,000 Clause C Deductible | | $57,213.00 Premium $ 100.00 Data & Analytics Charge $57,313.00 Total | $57,313.00 |
| Aon | SGCE/JSP | EPL | Atlantic Specialty Insurance Company | Policy Number - xxx-xxxxx-19 | 11/01/2019 to 11/01/2020 | $3,000,000 Shared limit of liability shared with D&O and FID $ 50,000 Deductible | | Included in above | $0.00 |
| Aon | SGCE/JSP | Fiduciary Liability | Atlantic Specialty Insurance Company | Policy Number - xxx-xxxxx-19 | 11/01/2019 to 11/01/2020 | $2,000,000 Shared limit of liability shared with D&O and EPL $ 250,000 Voluntary Settlement Coverage Sublimit | | Included in above | $0.00 |
| Aon | SGCE/JSP | Crime | Atlantic Specialty Insurance Company | Policy Number - xxx-xxxxx-19 | 11/01/2019 to 11/01/2019 | $2,000,000 $ 25,000 Deductible $2,000,000 Alteration $ 25,000 Alteration Deductible $2,000,000 Premises theft of Money or Securities $ 25,000 | Employee theft Employee Theft Forgery or Forgery or Inside the Inside the | Included in above | $0.00 |

Page **4** of **10**

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Premises Deductible<br>$2,000,000     Inside the Premises Robbery or Safe Burglary of other Prop<br>$   25,000     Deductible<br>$2,000,000     Outside the Premises<br>$   25,000     Deductible Outside the Premises<br>$2,000,000     Computer Fraud<br>$   25,000     Computer Fraud Deductible<br>$2,000,000     Funds Transfer Fraud<br>$   25,000     Funds Transfer Fraud Deductible<br>$2,000,000     Money Orders and Counterfeit Paper Currency<br>$   25,000     Money Orders and Counterfeit Paper Currency Deductible | | | |
| Aon | SGCE/JSP | Exess D&O and EPLI | The North River Insurance Company | Policy Number - xxxxxxx967 | 11/01/2019 to 11/01/2020 | $1.000,000 Total Limit of Liability | Excess of D&O and Employment Practices Liability | $27,300.00 Premium<br>$   100.00 Data & Analytics Charge<br>$27,400.00 Total | $27,400.00 |
| Aon | SGCE/JSP | Excess D&O | U.S. Specialty Insurance Company | Policy Number - xxxxxxxxx8146 | 11/01/2019 to 11/01/2020 | $1,000,000 excess of $2,000,000 underlying limits | Excess of D&O | $17,745.00 Premium<br>$   100.00 Data & Analytics Charge<br>$17,875.00 Total | $17,875.00 |
| Aon | SGCE/JSP | Excess D&O | Argonaut Insurance Company | Policy Number - xxxxxxx965-2 | 11/01/2019 to 11/01/2020 | $1,000,000 excess of $3,000,000 | Excess of D&O | $13,419.00 Premium<br>$   100.00 Data & Analytics Charge<br>$13,519.00 Total | $13,519.00 |

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | SGCE/JSP | Excess D&O | Underwriters at Lloyd's | Policy Number - xxxxxxx09A | 11/01/2019 to 11/01/2020 | $1,000,000 excess of $4,000,000 | Excess of D&O | $20,000.00 Premium $ 970.00 Surplus Lines Tax $ 30.00 Stamping Fee $21,000.00 Total | $21,000.00 |
| Aon | SGCE/JSP | Excess D&O | QBE Insurance Corporation | Policy Number - xxxxxx764 | 11/01/2019 to 11/01/2020 | $1,000,000 excess of $5,000,000 | Excess of D&O | $15,500.00 Premium $ 100.00 Data & Analytics Charge $15,600.00 Total | $15,600.00 |

# Juniper Specialty Products, LLC

Juniper Specialty Products Insurance Summary - Fiscal Year 2019-2020

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | JSP | Flood - Warehouse | Hartford Insurance Company of the Midwest | Policy Number - 87060886542019 | 06/20/2019 to 06/20/2020 | $100,000 - Contents | Each Occurrence | $914.00 Premium | $914.00 |
| Aon | JSP | Excess Liability | Issuing Company Kinsale Insurance Company | Policy Number – 0100104069-0 | 12/20/2019 To 12/20/2020 | Limit(s) $5,000,000 $5,000,000 | Each Occurrence General Aggregate | $5,000.00 Premium $ 300.00 Broker Fee $ 257.05 Surplus Lines Tax – LA $5,557.05 | $5,557.05 |
| Aon | JSP | General Liability | Issuing Company – Kinsale Insurance Company | Policy Number – 0100103882-0 | 12/20/2019 To 12/20/2020 | Limit(s) $1,000,000 $2,000,000 Excluded $1,000,000 $ 100,000 Excluded $25,000 | Each Occurrence General Aggregate Products/Completed Operations Aggregate Personal/Advertising Injury Damage to premises Rented to you Medical Payments Deductible | $2,500.00 Premium $ 300.00 Policy Fee $ 141.86 Surplus Lines Tax $ 125.00 Stamping Fee $3,066.86 | $3,066.86 |
| Aon | JSP | Workers Compensation | Texas Mutual | Policy Number - 0002042006 | 12/29/2019 to 12/29/2020 | Limit(s) $1,000,000 $1,000,000 $1,000,000 | Each Accident Policy Limit Each Employee | $1,457.00 Premium | $1,457.00 |

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | JSP | LA Workers Compensation | Issuing Company LWCC | Policy Number – 172523-A | 12/29/2019 to 12/29/2020 | Limit(s) $1,000,000 $1,000,000 $1,000,000 | Workers Compensation: Statutory Employers Liability: Bodily Injury by Accident – Each Accident Bodily Injury by Disease – Each Employee Bodily Injury by Disease – Policy Limit | $4,325.00 Premium | $4,325.00 |
| AJ Gallagher | JSP | Commercial Property | Varies | Varies | 7/30/2019 to 7/30/2020 | Limits: $150,000,000; $3,800,000 per occurrence for Unnamed Locations | Commercial Property | $732,000.00 Premium | $732,000.00 |

# Juniper Specialty Products, LLC

**Juniper Specialty Products Insurance Summary - Fiscal Year 2018-2019**

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | JSP | Property | Westchester Surplus Lines Insurance Co. | FSF14348499 001 | 05/15/2018 to 05/15/2019 | Limit(s) $96,250 $87,000 | Contents/BPP Business Interruption | $1,626.00 Premium $150.00 Policy Fee $ 86.14 Surplus Lines Tax $1,862.14 | $1,862.14 |
| Aon | JSP | Pollution Liability | Issuing Company Ironshore Specialty Insurance Co. | Policy Number – 002948101 | 10/20/2017 To 06/20/2019 | Limit(s) $5,000,000 $5,000,000 $100,000 | Per "Pollution Condition" Aggregate all "Pollution Conditions" SIR | $29,406.00 Premium $ 1,426.19 Surplus Lines Tax – LA $30,832.19 | $30,832.19 |
| Aon | JSP | Flood | Issuing Company Hartford Insurance Company | Policy Number 87060886542018 | 06/20/2018 to 06/20/2019 | $100,000 Contents | Each Occurrence | $870.00 Premium | $870.00 |
| Aon | JSP | Auto-Hired & Non-Owned | Hallmark Specialty Insurance Co. | Policy No - H17400789-00 | 10/20/2018 to 10/20/2019 | Limit(s) $1,000,000 $1,000 | Each Occurrence (Liability) Comprehensive & Collision Deductible | $4,400.00 Premium $ 200.00 Broker Fee $ 30.00 Policy Fee $ 224.56 Suplus Line Tax $4,854.56 | $4,854.56 |
| Aon | JSP | Excess Liability $10M Lead Excess | Issuing Company Axis Surplus Insurance Company | Policy Number – P001000071080-01 | 12/20/2018 To 12/20/2019 | Limit(s) $10,000,000 $10,000,000 $10,000,000 | Each Occurrence General Aggregate Products/Completed Ops. Aggregate | $89,000.00 Premium $ 300.00 Broker Fee $ 4,331.05 Surplus Lines Tax – LA $93,631.05 | $93,631.05 |

| Broker | Entity | Line of Coverage | Carrier | Policy # | Policy Period | Limit of Liability | Description of Liability | Premium Details | Premium |
|---|---|---|---|---|---|---|---|---|---|
| Aon | JSP | Excess Liability $15M xs $10M | Issuing Company Endurance American Specialty Insurace Company | Policy Number – ELD30000483201 | 12/20/2018 To 12/20/2019 | Limit(s) $15,000,000 $15,000,000 $15,000,000 | Each Occurrence General Aggregate Products/Completed Ops. Aggregate | $70,000.00 Premium $ 3,395.00 Surplus Lines Tax – LA $73,395.00 | $73,395.00 |
| Aon | JSP | General Liability | Issuing Company – United Specialty Insurance Company | Policy Number – ATN-SF1823355 | 12/20/2018 To 12/20/2019 | Limit(s) $2,000,000 $2,000,000 $2,000,000 $1,000,000 Exlcuded Excluded $25,000 | Each Occurrence General Aggregate Products/Completed Operations Aggregate Personal/Advertising Injury Damage to premises Rented to you Medical Payments Deductible | $48,250.00 Premium $ 1,050.00 Policy Fee $ 2,391.05 Surplus Lines Tax $51,691.05 | $51,691.05 |
| Aon | JSP | Workers Compensation | Issuing Company New Hampshire Insurance Company | Policy Number – WC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 | 10/20/2018 To 10/20/2019 | Limit(s) $1,000,000 $1,000,000 $1,000,000 | Workers Compensation: Statutory Employers Liability: Bodily Injury by Accident – Each Accident Bodily Injury by Disease – Each Employee Bodily Injury by Disease – Policy Limit | $197,448.00 Premium | $197,448.00 |